| | |
|---|---|
| 1 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
| 2 |   A Limited Liability Partnership<br>  Including Professional Corporations |
| 3 | JILL PIETRINI, Cal. Bar No. 138335<br>PAUL BOST, Cal. Bar No. 261531 |
| 4 | 1901 Avenue of the Stars, Suite 1600 |
| 5 | Los Angeles, California 90067<br>Telephone: 310.228.3700 |
| 6 | Facsimile: 310.228.3701 |
| 7 | Email      JPietrini@sheppardmullin.com<br>             PBost@sheppardmullin.com |
| 8 | JOHN F. BURNS, Cal. Bar No. 290523<br>501 West Broadway, 18th Floor |
| 9 | San Diego, CA 92101<br>Telephone: 619.338.6588 |
| 10 | Facsimile: 619.515.4182 |
| 11 | Email:     JBurns@sheppardmullin.com |

*Attorneys for Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Hospitals*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Stephan Dean and Liza Dean, 'Individually and DBA SureFile Filing Systems,<br><br>        Plaintiffs,<br><br>  v.<br><br>Kaiser Foundation Health Plan, Inc., Kaiser Foundation Hospitals, and Does 1-50 Inclusive,<br><br>        Defendants. | Case No. 2:25-cv-10142<br>Hon. _____<br><br>**DECLARATION OF JOHN BURNS IN SUPPORT OF DEFENDANTS KAISER FOUNDATION HEALTH PLAN, INC.'S AND KAISER FOUNDATION HOSPITALS' MOTION (1) TO DISMISS; (2) TO STRIKE UNDER CALIFORNIA CODE OF CIVIL PROC. § 425.16; AND (3) FOR ATTORNEY'S FEES**<br><br>*[Filed concurrently with Notice of Motion, Memorandum of Points and Authorities, Request for Judicial Notice, Exhibits, and [Proposed] Order]*<br><br>Hearing:<br>Date:     Dec. 1, 2025<br>Time:    9:00 a.m.<br>Courtroom: TBD |

# DECLARATION OF JOHN F. BURNS

I, John F. Burns, declare as follows:

1. I am an attorney at the law firm Sheppard, Mullin, Richter & Hampton LLP, attorneys of record for Defendants Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Hospitals (collectively, "Kaiser") in this action. I have firsthand knowledge of the following facts, and if called as a witness, could and would testify competently thereto.

2. **Exhibit A**, attached to the request for judicial notice in support of Kaiser's motion to dismiss and to strike, is a true and correct copy of the decision of the National Arbitration Forum ("NAF") under the Uniform Domain-Name Dispute-Resolution Policy ("UDRP") established by the Internet Corporation for Assigned Names and Numbers ("ICANN"). Plaintiffs Stephan Dean and Liza Dean, individually and doing business as SureFile Filing Systems ("Plaintiffs") refer to this decision in their complaint. This decision is also available on the NAF website (https://www.adrforum.com/DomainDecisions/1969275.htm).

3. **Exhibits B through Q**, attached to the request for judicial notice in support of Kaiser's motion to dismiss and to strike, are true and correct copies of docket entries on CM/ECF from Case No. 5:22-cv-278-MCS-KK in the U.S. District Court for the Central District of California. The table below identifies each of the docket entries:

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

-1-

| Exhibit | Dkt. | Date | Description |
|---|---|---|---|
| B | 1-1 | 12/16/2021 | Plaintiffs' Complaint |
| C | 22 | 3/8/2022 | Kaiser's Answer and Counterclaims |
| D | 26 | 3/15/2022 | Plaintiffs' Answer to Counterclaims |
| E | 31 | 3/29/2022 | Order Granting Kaiser's Motion to Dismiss and to Strike |
| F | 34 | 4/12/2022 | Order Directing Plaintiffs to Pay Kaiser $50,804.89 in Attorney's Fees by April 27, 2022 |
| G | 49 | 5/11/2022 | Declaration of Plaintiffs' Counsel |
| H | 81 | 11/22/2022 | Order on Kaiser's Motion for Summary Judgment |
| I | 93 | 3/14/2023 | Order on Kaiser's Motion to Compel |
| J | 95 | 3/23/2023 | Plaintiffs' Motion to Dismiss Kaiser's Counterclaims |
| K | 98 | 3/28/2023 | Order Denying Plaintiffs' Motion to Dismiss |
| L | 105 | 5/31/2023 | Order on Kaiser's Motion for Summary Judgment |
| M | 106 | 5/31/2023 | Judgment |
| N | 114 | 6/23/2023 | Order Denying Plaintiffs' Motion for Leave to Appeal In Forma Pauperis |
| O | 117 | 6/29/2023 | Order Denying Plaintiffs' Second Motion for Leave to Appeal In Forma Pauperis |
| P | 124 | 10/10/2023 | Abstract of Judgment |
| Q | 125 | 4/1/2024 | Ninth Circuit Order Dismissing Plaintiffs' Appeal |

4. Kaiser has expended at least $4,556 in bringing the anti-SLAPP portions of its motion. In addition, I anticipate that Kaiser will expend additional fees on seeking anti-SLAPP relief in its reply brief and at a hearing, if necessary. Kaiser will submit a supplemental declaration on its attorney's fees with its reply brief.

5. On October 22, 2025, I met and conferred with Mr. Stephan Dean about this motion pursuant to Local Rule 7-3.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 30, 2025 at San Diego, California.

*/s/ John F. Burns*

JOHN F. BURNS