# EXHIBIT C

1   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
      A Limited Liability Partnership
2     Including Professional Corporations
    JILL M. PIETRINI, Cal. Bar No. 138335
3   PAUL BOST, Cal. Bar No. 261531
    1901 Avenue of the Stars, Suite 1600
4   Los Angeles, California 90067
    Telephone:  310.228.3700 / Facsimile:  310.228.3701
5   Email:   JPietrini@sheppardmullin.com
                PBost@sheppardmullin.com
6
    JOHN F. BURNS, Cal. Bar No. 290523
7   501 West Broadway, 19th Floor
    San Diego, CA 92101
8   Telephone:  619.338.6588 / Facsimile:  619.515.4182
    Email:   JBurns@sheppardmullin.com
9
    Attorneys for Defendant and Counterclaimant
10  Kaiser Foundation Health Plan, Inc. and
    Defendant Kaiser Foundation Hospitals
11

12                  UNITED STATES DISTRICT COURT

13                  CENTRAL DISTRICT OF CALIFORNIA

14

15  STEPHAN DEAN and LIZA DEAN,            Case No. 5:22-cv-00278-MCS-SHK
    Individually and DBA SUREFILE
16  FILING SYSTEMS,                        **DEFENDANTS KAISER
                                           FOUNDATION HEALTH PLAN,
17            Plaintiffs,                   INC.'S AND KAISER
                                           FOUNDATION HOSPITALS'
18       v.                                ANSWER; DEFENDANT AND
                                           COUNTERCLAIMANT KAISER
19  KAISER FOUNDATION HEALTH               FOUNDATION HEALTH PLAN,
    PLAN, INC., KAISER FOUNDATION          INC.'S COUNTERCLAIMS**
20  HOSPITALS, and Does 1-50 Inclusive,
21            Defendants.
22  KAISER FOUNDATION HEALTH
    PLAN, INC.,
23
              Counterclaimant,
24
         v.
25
    STEPHAN DEAN and LIZA DEAN,
26  Individually and DBA SUREFILE
    FILING SYSTEMS,
27
              Counter-Defendants.
28

                                    DEFENDANTS ANSWER;
                    KAISER FOUNDATION HEALTH PLAN'S COUNTERCLAIMS

1    Defendant and counterclaimant Kaiser Foundation Health Plan, Inc.

2    ("KFHP") and Defendant Kaiser Foundation Hospitals (collectively with KFHP,

3    "Kaiser"), in response to the Complaint filed by plaintiffs and counter-defendants

4    Stephan Dean and Liza Dean, dba SureFile Filing Systems (collectively,

5    "Plaintiffs"), by and through their undersigned counsel, hereby answers the

6    Complaint as follows and asserts the following counterclaims:

## ANSWER TO THE COMPLAINT

### Parties and Relevant Persons[1]

9    1.    Kaiser lacks sufficient knowledge or information to form a belief as to

10   the truth of the allegations in Paragraph 1 of the Complaint, and therefore denies the

11   same.

12   2.    Kaiser admits that Kaiser Foundation Health Plan, Inc. is a corporation

13   that does business in California.  Kaiser objects to the allegation that it does

14   business "throughout California" as vague and ambiguous, and on that basis, denies

15   the remaining allegations in Paragraph 2 of the Complaint.

16   3.    Kaiser admits that Kaiser Foundation Hospitals is an entity that does

17   business in California.  Kaiser objects to the allegation that Kaiser Foundation

18   Hospitals is an "unincorporated entity" as vague and ambiguous.  Kaiser also

19   objects to the allegation that Kaiser Foundation Hospitals is "affiliated with Kaiser

20   Foundation Health Plan" as vague and ambiguous.  On those bases, Kaiser denies

21   the remaining allegations in Paragraph 3 of the Complaint.

22   4.    Kaiser is not required to answer legal conclusions and argument, and

23   on that basis, denies each and every allegation in Paragraph 4 of the Complaint.

24   5.    Kaiser is not required to answer legal conclusions and argument, and

25   on that basis, denies each and every allegation in Paragraph 5 of the Complaint.

---

[1]    Kaiser restates the headings used by Plaintiff in the Complaint.  Kaiser does so only in the interest of convenience and does not make, or intend to make, any admissions by reiterating such headings.

DEFENDANTS ANSWER;
KAISER FOUNDATION HEALTH PLAN'S COUNTERCLAIMS

**The Contracts Between DEAN and KAISER**

6.      Kaiser admits that starting in 2008, Plaintiffs entered into written
contracts with Kaiser, including the "West Los Angeles Agreement" and the
"Moreno Valley Agreement."  Kaiser also admits that Kaiser transmitted to
Plaintiffs patient medical records about Kaiser patients for storing and scanning.
Kaiser denies the remaining allegations in Paragraph 6.

7.      Kaiser admits that Kaiser transmitted to Plaintiffs patient medical
records pursuant to the parties' contracts.  Kaiser also admits that these records
contained information protected by HIPAA and the California Medical Information
Act.  Kaiser lacks sufficient knowledge or information to form a belief as to the
truth of the remaining allegations in Paragraph 7 and therefore denies the same.

8.      Kaiser admits that Kaiser terminated its contracts with Plaintiffs.
Kaiser denies the remaining allegations in Paragraph 8.

**The Settlement Agreement**

9.      Kaiser admits that Kaiser and Plaintiffs had disagreements over their
respective contractual obligations, and that Kaiser and Plaintiffs entered into a
settlement agreement resolving those disagreements.  Kaiser denies all other
allegations in Paragraph 9.

10.      Kaiser denies the allegations in Paragraph 10.

11.      Kaiser denies the allegations in Paragraph 11.

12.      Paragraph 12 alleges the contents of a document, which speaks for
itself.  To the extent the remaining allegations are legal conclusions, no response is
required.  To the extent that the remaining allegations are factual, Kaiser denies
them.

**The Kaiser Lawsuit Results in Judgment for DEAN**

13.      Paragraph 13 alleges the contents of documents, which speak for
themselves.

-2-

14.     Paragraph 14 alleges the contents of documents, which speak for themselves.

15.     Kaiser admits that the court held a hearing on Plaintiffs' motion for summary judgment.  Kaiser denies the remaining allegations in Paragraph 15.

16.     Kaiser admits that the court granted Plaintiffs' motion for summary judgement.  Kaiser denies the remaining allegations in Paragraph 16.

**The ICANN Arbitration over DEAN's Domain Name**

17.     Kaiser lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 17 and therefore denies the same.

18.     Kaiser admits that Plaintiffs registered the domain name <kphealthconnectusa.com>.  To the extent the remaining allegations are legal conclusions, no response is required.  To the extent that the remaining allegations are factual, Kaiser denies them.

19.     Kaiser admits that it filed a complaint for transfer of the <kphealthconnectusa.com> domain name with the Internet Corporation for Assigned Names and Numbers pursuant to ICANN's Uniform Domain Name Dispute Resolution Policy.  Kaiser also admits that it later filed an amended complaint.  Kaiser denies all other allegations in Paragraph 19 of the Complaint.

20.     Paragraph 20 alleges the contents of a document, which speaks for itself.  To the extent a response is required to any allegations in Paragraph 20, Kaiser denies them.

21.     Kaiser admits that its complaint for transfer of the <kphealthconnectusa.com> domain name was resolved by the National Arbitration Forum pursuant to the Uniform Domain Name Dispute Resolution Policy.  Kaiser denies all other allegations in Paragraph 21 of the Complaint.

22.     Kaiser is not required to answer legal conclusions and argument, and on that basis, denies each and every allegation in Paragraph 22 of the Complaint.

-3-

23.    Kaiser is not required to answer legal conclusions and argument, and on that basis, denies each and every allegation in Paragraph 23 of the Complaint.

24.    Kaiser is not required to answer legal conclusions and argument, and on that basis, denies each and every allegation in Paragraph 24 of the Complaint.

25.    Kaiser is not required to answer legal conclusions and argument, and on that basis, denies each and every allegation in Paragraph 25 of the Complaint.

**First Cause of Action**

**[Breach of Contract]**

26.    Paragraph 26 does not require a response.  Kaiser reincorporates its responses to the above paragraphs.

27.    The allegations in this Paragraph assert conclusions of law to which no response is required.  To the extent any response is required, the allegations are denied.

28.    Kaiser denies the allegations in Paragraph 28 of the Complaint.

29.    Kaiser denies the allegations in Paragraph 29 of the Complaint.

**Second Cause of Action**

**[Declaratory Relief]**

30.    Paragraph 30 does not require a response.  Kaiser reincorporates its responses to the above paragraphs.

31.    Kaiser denies the allegations in Paragraph 31 of the Complaint.

32.    Paragraph 32 consists of Plaintiffs' characterization of its legal argument in this case and legal conclusions, to which no response is required.  To the extent any response is required, the allegations are denied.

33.    The allegations in this Paragraph assert conclusions of law to which no response is required.  Additionally, Kaiser objects to the allegations in Paragraph 33 of the Complaint on the grounds that it compound, vague, ambiguous, and unintelligible.

34.    Kaiser denies the allegations in Paragraph 34 of the Complaint.

35.    The allegations in this Paragraph assert conclusions of law to which no response is required.  To the extent any response is required, the allegations are denied.

**Third Cause of Action**

**[Permanent Injunction]**

36.    Paragraph 36 does not require a response.  Kaiser reincorporates its responses to the above paragraphs.

37.    Kaiser denies the allegations in Paragraph 37 of the Complaint.

38.    Kaiser denies the allegations in Paragraph 38 of the Complaint.

39.    The allegations in this Paragraph assert conclusions of law to which no response is required.  To the extent any response is required, the allegations are denied.

40.    Kaiser denies the allegations in Paragraph 40 of the Complaint.

**Fourth Cause of Action**

**[Interference with Prospective Business Advantage]**

41.    Paragraph 41 does not require a response. Kaiser reincorporates its responses to the above paragraphs.

42.    Kaiser denies the allegations in Paragraph 42 of the Complaint.

43.    Kaiser lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 43 of the Complaint, and therefore denies the same.

44.    Kaiser denies the allegations in Paragraph 44 of the Complaint.

45.    Kaiser denies the allegations in Paragraph 45 of the Complaint.

46.    Kaiser denies the allegations in Paragraph 46 of the Complaint.

47.    Kaiser denies the allegations in Paragraph 47 of the Complaint.

**Prayer For Relief**

1.    Kaiser denies the allegations in Paragraph 1 of the Prayer for Relief.

2.    Kaiser denies the allegations in Paragraph 2 of the Prayer for Relief.

3.     Kaiser denies the allegations in Paragraph 3 of the Prayer for Relief.

4.     Kaiser denies the allegations in Paragraph 4 of the Prayer for Relief.

5.     Kaiser denies the allegations in Paragraph 5 of the Prayer for Relief.

6.     Kaiser denies the allegations in Paragraph 6 of the Prayer for Relief.

## AFFIRMATIVE DEFENSES

### FIRST DEFENSE

### (Trademark Misuse)

1.     Plaintiffs' claims are barred, in whole or part, by the doctrine of trademark misuse.

### SECOND DEFENSE

### (First Amendment)

2.     Plaintiffs' claims are barred, in whole or part, by the First Amendment and the Constitutional guarantee of free speech and the right to petition.

### THIRD DEFENSE

### (Waiver)

3.     Plaintiffs' claims are barred, in whole or part, by the doctrine of waiver. To the extent Plaintiffs seek reversal of the arbitration panel's decision, Plaintiffs have waived that right by failing to appeal the panel's decision under the UDRP.

### FOURTH DEFENSE

### (Collateral Estoppel)

4.     Plaintiffs' claims are barred, in whole or part, by the doctrine of res judicata. *See Clark v. Bear Stearns & Co.*, 966 F.2d 1318, 1321 (9th Cir. 1992) ("An arbitration decision can have res judicata or collateral estoppel effect …").

### FIFTH DEFENSE

### (Res Judicata)

5.     Plaintiffs' claims are barred, in whole or part, by the doctrine of res judicata.

-6-

**SIXTH DEFENSE**

**(Acquiescence)**

6.    Plaintiffs' claims are barred, in whole or part, by the doctrine of acquiescence.

**SEVENTH DEFENSE**

**(Failure to State a Claim)**

7.    Plaintiffs' claims fail to state a claim upon which relief can be granted. In particular, the Third Cause of Action for permanent Injunction is not a cause of action; it is a remedy.

**EIGHTH DEFENSE**

**(Unclean Hands)**

8.    Plaintiffs' claims are barred, in whole or part, by the doctrine of unclean hands.

**<u>COUNTERCLAIM</u>**

By way of Counterclaim, Kaiser Foundation Health Plan, Inc., alleges as follows:

**<u>Jurisdiction</u>**

1.    This action arises under the trademark and dilution laws of the United States, 15 U.S.C. § 1051, et seq.  This Court has jurisdiction under 28 U.S.C. §§ 1331 and 1338(a) and (b), and § 1367, and 15 U.S.C. § 1121.  This action arises under the laws of the United States.

2.    Plaintiffs admits that this Court has personal jurisdiction over them and that venue is proper in this District and/or, on information and belief, Plaintiffs reside in this District, Plaintiffs conduct business in this District, and/or a substantial part of the events or omissions giving rise to the counterclaims occurred in this District.

-7-

**Parties**

9.     Defendant and Counterclaimant Kaiser Foundation Health Plan, Inc. ("KFHP") is, and at all relevant times was, a California corporation having its principal place of business in Oakland, California.

10.     On information and belief, Plaintiffs are, and at all relevant times were, California individuals residing in Cathedral City, California.

**Facts**

**KFHP's Business and Trademarks**

11.     KFHP is a non-profit public benefit corporation that provides health care services to its members through Kaiser Foundation Hospitals ("KFH") (a non-profit public benefit corporation) and eight independent medical groups (the "Permanente Medical Groups" or "PMGs").  Collectively, these separate legal entities, Kaiser, KFH, and the PMGs, operate under the trade name and trademark "Kaiser Permanente."  The system known as the Kaiser Permanente Medical Care Program comprises one of the largest health care providers in the United States, serving more than 12 million pre-paid health care plan members in Hawaii, Washington, Oregon, California, Colorado, Maryland, Virginia, Georgia, and the District of Columbia.

12.     The organization that is now known as Kaiser Permanente started during the Great Depression, and adopted the KAISER trademark for its provision of healthcare services in 1953.  By 1984, the organization was also using the KAISER PERMANENTE trademark and the Happy Family Logo, i.e., .

13.     Kaiser Permanente prominently uses KAISER, KAISER PERMANENTE, KP, KP HEALTHCONNECT, and the Happy Family Logo, and variations and permutations thereof (collectively, the "KFHP Marks'), on and in conjunction with the goods and services it offers.  For example, attached as **Exhibit A** is a true and correct printout of Kaiser Permanente's primary website on <healthy.kaiserpermanente.org>, demonstrating the use of the KFHP Marks.

-8-

14.     In addition to its common law rights in the KFHP Marks, KFHP owns numerous federal registrations of the KFHP Marks with the U.S. Patent & Trademark Office ("PTO").  A chart summarizing these registrations is attached hereto as **Exhibit B**, and true and correct copies of certificates of registration reflecting these registrations are attached hereto as **Exhibit C**.

15.     KFHP's goods and services offered under the KFHP Marks have come to be known to the purchasing public as conforming to a certain standard of quality. As a result, the KFHP Marks and the goodwill associated with them are of tremendous value to KFHP and its authorized licensees and business partners.

16.     By virtue of their long, exclusive use in commerce, the KFHP Marks are strong, and its KAISER, KAISER PERMANENTE, and the Happy Family Logo trademarks are famous.

**Plaintiffs and Their Infringing Actions**

17.     Between 2008 and 2010, Plaintiffs and KFHP, or certain of its affiliates, entered into agreements under which Plaintiffs scanned and stored KFHP's patients' private medical records.  None of the agreements grant Plaintiffs any rights related to the KFHP Marks, including the right to use the Kaiser trademarks.  On the contrary, they include prohibitions on Plaintiffs' use of KFHP's name, services marks, and logos.  Under the parties' Business Associate Agreement, which the parties entered in 2009, Plaintiffs were permitted to use the patients' medical records solely in connection with the "scanning services" they were performing for Kaiser.  After KFHP turned over numerous patient records to Plaintiffs to scan and store, the parties' relationship soured.

18.     In 2011, the parties entered into a settlement agreement to resolve their then dispute.  The settlement agreement sets forth the discrete services Plaintiffs performed in connection with the scanning and storage of KFHP patient medical records, and that a dispute arose over the amount of payment owed for those services.  KFHP agreed to pay Plaintiffs a total of $110,000 for any obligation

-9-

incurred, and the parties mutually released each other for all claims arising out of that dispute.  The settlement agreement does not address Plaintiffs' use of the KFHP Marks or even use the word "trademark."  Through the settlement agreement, Plaintiffs agreed to keep the patient information in the records confidential.  The settlement agreement required Plaintiffs to "take appropriate steps to preserve all confidential information in the medical records handled by Dean during the course of providing Services as required by the Confidentiality of Medical Records Act, Cal. Civ. Code § 56 et seq. [("CMIA")], Health Insurance Portability and Accountability Act [("HIPAA")], and the parties' Business Associate Agreement of June 24, 2009."

19.    On information and belief, on or around August 24, 2021, Plaintiffs registered the domain name <kphealthconnectusa.com>, which name incorporates in full one of the registered KFHP Marks – KP HEALTHCONNECT – and operated a website thereon advertising the sale of medical records of Kaiser Permanente's members and patients.  Plaintiffs' website on <kphealthconnectusa.com> prominently used certain of the KFHP Marks.

20.    On October 1, 2021, KFHP sent Plaintiffs a letter demanding that Plaintiffs cease and desist their infringement of the KFHP Marks and cybersquatting, and enclosed a printout of Plaintiffs' website on <kphealthconnectusa.com> as of that date.  A true and correct copy of that letter is attached hereto as **Exhibit D**.

21.    On October 4, 2021, Plaintiffs responded to KFHP's letter refusing to cease and desist based on KFHP's alleged "agree[ment] in writing that [Plaintiffs] may use the Kaiser name and logo" and requesting KFHP's acquisition of Plaintiffs' "computers and/or his business" for $1,000,000 or more, i.e., "[t]he six-figure ship left port several years ago."  A true and correct copy of that letter is attached hereto as **Exhibit E**.

-10-

22.     In light of Plaintiffs' intransigence and outrageous demand, on or around October 15, 2021, KFHP filed a complaint with the National Arbitration Forum ("NAF") for transfer of the <kphealthconnectusa.com> domain name to KFHP pursuant to the Uniform Domain Name Dispute Resolution Policy ("UDRP").

23.     On December 7, 2021 and after full briefing, a three-person arbitration panel granted KFHP's complaint and ordered that <kphealthconnectusa.com> be transferred to KFHP.  The NAF panel concluded that the domain name "is identical or confusingly similar to [KFHP's trademarks] in which [KFHP] has definitive rights."  It also found that Plaintiffs' website on the domain name "displays the Kaiser Mark and logo on the landing page," and its use by Plaintiffs "is intended to sow confusion."  The NAF panel explained that Plaintiffs' website "comes complete with the Kaiser Permanente logo and service mark and is offering to provide 'potential access to thousands o[f] current and past Kaiser Permanente members and patients.'"  The NAF panel continued, the website "ha[d] all the trappings of being an official website of [KFHP]," and "pretend[ed] to be officially sponsored by [Kaiser]."  The panel also concluded that Plaintiffs registered the domain name "primarily for the purpose of extorting a benefit from the trademark owner [KFHP]."  The NAF panel explained that "the fact that the disputed Domain Name is identical or confusingly similar to [KFHP's] marks was precisely [Plaintiffs'] reason for registering it."  And it noted that Plaintiffs' counsel "expressly put[ ] [KFHP] on notice that in exchange for the disputed domain name it is looking for a six-figure settlement."  Plaintiffs argued to the panel that KFHP granted them the right to use the KFHP Marks by omitting mention of the KFHP Marks from the settlement agreement.  The NAF panel held that this contention "is incorrect" because "the deletion of an express denial that a party may use an owner's mark and logo that is not inclusive to those claims [settled in the agreement] is not magically transformed into an affirmative authorization that it has any right to do so."  A true

-11-

1 and correct copy of the NAF panel's decision is attached hereto as **Exhibit F**.

2     24.    Plaintiffs were undeterred by the NAF panel's decision and migrated

3 the contents of their infringing website on <kphealthconnectusa.com> to a website

4 operated on the domain name <patientlists.org>.  A true and correct printout of this

5 website is attached hereto as **Exhibit G** and a screenshot, as of February 17, 2022, is

6 reflected below (red brackets added).  As reflected thereon, Plaintiffs have

7 continued their prominent unauthorized use of KFHP's Marks such that even the

8 most discerning consumer would be misled into believing the website is affiliated

9 with Kaiser Permanente.  Even the website's tab reads "Kaiser Permanente USA –

10 KP Health Connect USA":



DEFENDANTS ANSWER;
KAISER FOUNDATION HEALTH PLAN'S COUNTERCLAIMS

25.    Plaintiffs' infringement is particularly damaging to KFHP because they are using the KFHP Marks to advertise and perpetuate their illegal and nefarious scheme to sell Kaiser Permanente patient data.  KFHP's patients and members expect KFHP to keep their medical information confidential and abide by all applicable patient confidentiality laws, including HIPAA and CMIA.  KFHP's use of the KFHP Marks confuses the public into believing that KFHP is willing to shirk these obligations if the price is right.  Moreover, despite the settlement agreement's requirement that Plaintiffs keep patient information confidential, and despite the Business Associate Agreement's requirement limiting Plaintiffs' permissible use of the patient information to use connected to the "scanning services" that Plaintiffs were performing for Kaiser, Plaintiffs still offer Kaiser patient information for sale on their website on the domain name <patientlists.org>.  Plaintiffs also filed an incomplete registration to act as a data broker in California using "KP Healthconnect" as their name.  In the incomplete registration, Plaintiffs use Kaiser's name and phone numbers as contact numbers for people to opt out.  Additionally, on February 16, 2022, Plaintiffs sent an email to Kaiser threatening to sell Kaiser's patients' information.

**FIRST CAUSE OF ACTION**

**(Trademark Infringement – 15 U.S.C. §§ 1114 – Against Plaintiffs/Counter-Defendants)**

26.    KFHP repeats and realleges each and every allegation of paragraphs 1 through 25, above, as though fully set forth herein.

27.    Plaintiffs have used in commerce, without KFHP's permission or authorization, certain of the registered KFHP Marks in a manner that is likely to cause confusion with respect to the source and origin of Plaintiffs' services and is likely to cause confusion or mistake and to deceive purchasers as to KFHP's affiliation, connection, or association with, or approval or sponsorship of, Plaintiffs, their businesses, and/or their services.

-13-

28.    Plaintiffs' acts constitute infringement of the KFHP Marks in violation of 15 U.S.C. § 1114.

29.    As a direct and proximate result of Plaintiffs' wrongful acts, KFHP has suffered and continues to suffer and/or is likely to suffer damage to its trademarks, business reputation, and goodwill.  Plaintiffs will continue to use, unless restrained, the KFHP Marks or marks confusingly similar thereto, and will cause irreparable damage to KFHP.  KFHP has no adequate remedy at law and is entitled to an injunction restraining Plaintiffs and, as applicable, their agents, servants, and employees, and all persons acting in concert with them, from engaging in further acts of infringement.

30.    KFHP is further entitled to recover from Plaintiffs the actual damages that KFHP has sustained, is sustaining, and/or is likely to sustain as a result of Plaintiffs' wrongful acts.

31.    KFHP is further entitled to recover from Plaintiffs the gains, profits, and advantages that they have obtained as a result of their wrongful acts.

32.    Because of the willful nature of Plaintiffs' wrongful acts, KFHP is entitled to an award of treble damages and increased profits under 15 U.S.C. § 1117.

33.    Pursuant to 15 U.S.C. § 1117, KFHP is also entitled to recover its costs of suit, and its attorneys' fees because this is an exceptional case.

**SECOND CAUSE OF ACTION**

**(False Designation of Origin and Association – 15 U.S.C. § 1125(a) – Against Plaintiffs/Counter-Defendants)**

34.    KFHP repeats and realleges each and every allegation of paragraphs 1 through 33, above, as though fully set forth herein.

35.    Plaintiffs' unauthorized use of the KFHP Marks or marks confusingly similar thereto in conjunction with Plaintiffs' efforts to sell patients' data, Plaintiffs' false designation of origin, and Plaintiffs' false and misleading descriptions and representations of fact, as alleged herein, are likely to cause confusion, or to cause

-14-

mistake, or to deceive as to the affiliation, connection, or association of Plaintiffs with KFHP, or as to the origin, sponsorship, or approval of Plaintiffs' services or commercial activities by KFHP in violation of 15 U.S.C. § 1125(a).

36.    As a direct and proximate result of Plaintiffs' wrongful acts, KFHP has suffered and continues to suffer and/or is likely to suffer damage to its trademarks, trade name, business reputation, and goodwill.  Plaintiffs will continue, unless restrained, to conduct their business and offer services using the KFHP Marks or other trademarks confusingly similar thereto and will cause irreparable damage to KFHP.   KFHP has no adequate remedy at law and is entitled to an injunction restraining Plaintiffs and, as applicable, their agents, servants, and employees, and all persons acting in concert with them, from engaging in further acts of false designation of origin or association.

37.    KFHP is further entitled to recover from Plaintiffs the actual damages that KFHP has sustained, is sustaining, and/or is likely to sustain as a result of Plaintiffs' wrongful acts.  KFHP is presently unable to ascertain the full extent of the monetary damages that it has suffered and/or is likely to sustain by reason of Plaintiffs' acts of false designation of origin or affiliation.

38.    KFHP is further entitled to recover from Plaintiffs the gains, profits, and advantages that Plaintiffs have obtained as a result of their wrongful acts. KFHP is presently unable to ascertain the extent of the gains, profits, and advantages that Plaintiffs have realized by reason of their acts of false designation of origin or affiliation.

39.    Because of the willful nature of Plaintiffs' wrongful acts, KFHP is entitled to an award of treble damages and increased profits pursuant to 15 U.S.C. § 1117.

40.    Pursuant to 15 U.S.C. §1117, KFHP is also entitled to recover its costs of suit, and its attorneys' fees because this is an exceptional case.

-15-

**THIRD CAUSE OF ACTION**

**(Dilution – 15 U.S.C.§ 1125(c) – Against Plaintiffs/Counter-Defendants)**

41.    KFHP repeats and realleges each and every allegation of paragraphs 1 through 40, above, as though fully set forth herein.

42.    KFHP began using KAISER PERMANENTE and the Happy Family Logo before Plaintiffs began using any of the KFHP Marks.  The KAISER PERMANENTE and the Happy Family Logo trademarks are inherently distinctive and have acquired distinction through KFHP's extensive, continuous, and exclusive use of them.

43.    The KAISER PERMANENTE and the Happy Family Logo trademarks are famous and distinctive within the meaning of 15 U.S.C. §§ 1125(c)(1) and 1127.

44.    Plaintiffs' use of the KAISER PERMANENTE and the Happy Family Logo trademarks is likely to dilute by blurring and/or tarnishment the distinctive quality of the KFHP Marks in violation of 15 U.S.C. § 1125(c).

45.    Plaintiffs' acts complained of herein are likely to damage KFHP irreparably.  KFHP has no adequate remedy at law for such wrongs and injuries. The damage to KFHP includes harm to its trademarks, goodwill, and reputation that money cannot compensate.  KFHP is therefore entitled to a preliminary and permanent injunction enjoining Plaintiffs' use of the KAISER PERMANENTE and the Happy Family Logo trademarks or any marks likely to dilute KAISER PERMANENTE and the Happy Family Logo in connection with the promotion, advertisement and sale of any services offered by Plaintiffs.

46.    Because of the willful nature of Plaintiffs' actions, KFHP is further entitled to recover from Plaintiffs its actual damages sustained by KFHP as a result of Plaintiffs' wrongful acts.  KFHP is presently unable to ascertain the full extent of the monetary damages it has suffered by reason of Plaintiffs' acts of dilution.

47.    Because of the willful nature of Plaintiffs' actions, KFHP is further entitled to recover from Plaintiffs the gains, profits, and advantages Plaintiffs have

-16-

1  obtained as a result of their wrongful acts.  KFHP is presently unable to ascertain the

2  extent of the gains, profits, and advantages Plaintiffs have realized by reason of

3  Plaintiffs' willful acts of dilution.

4      48.    Pursuant to 15 U.S.C. § 1117, KFHP is entitled to recover its costs of

5  suit, and its attorneys' fees because this is an exceptional case.

6                    **FOURTH CAUSE OF ACTION**

7      **(Trademark Infringement – Common Law – Against Plaintiffs/Counter-**

8                            **Defendants)**

9      49.    KFHP repeats and realleges each and every allegation of paragraphs 1

10  through 48, above, as though fully set forth herein.

11      50.    Plaintiffs have used in commerce, without KFHP's permission or

12  authorization, the KFHP Marks or marks confusingly similar thereto in a manner

13  that is likely to cause confusion with respect to the source and origin of Plaintiffs'

14  services and is likely to cause confusion or mistake and to deceive purchasers as to

15  KFHP's affiliation, connection, or association with, or approval or sponsorship of,

16  Plaintiffs, their businesses, and/or their services.

17      51.    Plaintiffs' acts constitute infringement of the KFHP Marks in violation

18  of the common law.

19      52.    As a direct and proximate result of Plaintiffs' wrongful acts, KFHP has

20  suffered and continues to suffer and/or is likely to suffer damage to its trademarks,

21  trade name, business reputation, and goodwill.  Plaintiffs will continue to use, unless

22  restrained, the KFHP Marks or marks confusingly similar thereto, and will cause

23  irreparable damage to KFHP.  KFHP has no adequate remedy at law and is entitled

24  to an injunction restraining Plaintiffs and, as applicable, their agents, servants, and

25  employees, and all persons acting in concert with them, from engaging in further

26  acts of infringement.

27

28

DEFENDANTS ANSWER;
KAISER FOUNDATION HEALTH PLAN'S COUNTERCLAIMS

53.    KFHP is further entitled to recover from Plaintiffs the actual damages that KFHP has sustained, is sustaining, and/or is likely to sustain as a result of Plaintiffs' wrongful acts.

54.    KFHP is further entitled to recover from Plaintiffs the gains, profits, and advantages that Plaintiffs have obtained as a result of their wrongful acts.

55.    Because of the willful nature of Plaintiffs' wrongful acts, KFHP is entitled to an award of punitive damages.

## FIFTH CAUSE OF ACTION

**(Unfair Competition – Cal. Bus. & Prof. Code §§ 17200, *et seq* – Against Plaintiffs/Counter-Defendants)**

56.    KFHP repeats and realleges each and every allegation of paragraphs 1 through 55, above, as though fully set forth herein.

57.    By reason of the foregoing, Plaintiffs have been, and are, engaged in "unlawful, unfair or fraudulent business practices" in violation of §§ 17200 *et seq*. of the California Bus. & Prof. Code.

58.    Plaintiffs' acts complained of herein have injured and will continue to injure KFHP irreparably.  KFHP has no adequate remedy at law for these wrongs and injuries.  The injury to KFHP includes harm to the KFHP Marks, goodwill, and reputation in the marketplace that money cannot compensate.  KFHP is therefore entitled to:  (a) injunctive relief restraining and enjoining Plaintiffs and, as applicable, their agents, servants, and employees, and all persons acting thereunder, in concert with, or on their behalf, from using the KFHP Marks or any mark, name, symbol, or logo which is confusingly similar thereto, in connection with the marketing or sale of any services by Plaintiffs; and (b) restitution of Plaintiffs' profits earned from their unauthorized use of the KFHP Marks or any mark, name, symbol, or logo which is confusingly similar thereto, in which profits KFHP has a vested interest.

DEFENDANTS ANSWER;
KAISER FOUNDATION HEALTH PLAN'S COUNTERCLAIMS

**<u>SIXTH CAUSE OF ACTION</u>**

**(Unfair Competition – Common Law – Against Plaintiffs/Counter-Defendants)**

59.    KFHP repeats and realleges each and every allegation of paragraphs 1 through 58, above, as though fully set forth herein.

60.    KFHP invested substantial time and money in its development of the KFHP Marks.

61.    Plaintiffs used the KFHP Marks or marks confusingly similar thereto to build its business and/or pass off its business as that of KFHP's without KFHP's authorization.

62.    Likewise, Plaintiffs passed off their services offered under the KFHP Marks or marks confusingly similar thereto in a manner likely to cause confusion as to the source of Plaintiffs' services or as to KFHP's association or affiliation with, or sponsorship of, Plaintiffs' services.

63.    As a direct and proximate result of Plaintiffs' wrongful acts, KFHP has suffered and continues to suffer and/or is likely to suffer damage to its trademarks, trade name, business reputation, and goodwill.  Plaintiffs will continue, unless restrained, to pass off its business as that of KFHP's and to conduct their business and offer services using the KFHP Marks or other trademarks confusingly similar thereto and will cause irreparable damage to KFHP.  KFHP has no adequate remedy at law and is entitled to an injunction restraining Plaintiffs and, as applicable, their officers, members, agents, servants, and employees, and all persons acting in concert with them, from engaging in further acts of unfair competition.

64.    KFHP is further entitled to recover from Plaintiffs the actual damages that KFHP has sustained, is sustaining, and/or is likely to sustain as a result of Plaintiffs' wrongful acts.  KFHP is presently unable to ascertain the full extent of the monetary damages that it has suffered and/or is likely to sustain by reason of Plaintiffs' acts of unfair competition.

-19-

65.    KFHP is further entitled to recover from Plaintiffs the gains, profits, and advantages that Plaintiffs have obtained as a result of their wrongful acts. KFHP is presently unable to ascertain the extent of the gains, profits, and advantages that Plaintiffs have realized by reason of their acts of unfair competition.

66.    Because of the willful nature of Plaintiffs' wrongful acts, KFHP is entitled to an award of punitive damages.

## SEVENTH CAUSE OF ACTION

### (Breach of Contract – Against Plaintiffs/Counter-Defendants)

67.    KFHP repeats and realleges each and every allegation of paragraphs 1 through 66, above, as though fully set forth herein.

68.    Under the parties' 2009 Business Associate Agreement, Plaintiffs were permitted to use the patients' medical records *solely* in connection with the "scanning services" that they were performing for Kaiser.

69.    Through the settlement agreement, Plaintiffs agreed to keep the patient information in the records confidential.  The settlement agreement required Plaintiffs to "take appropriate steps to preserve all confidential information in the medical records handled by Dean during the course of providing Services as required by" CMIA, HIPAA, and the parties' Business Associate Agreement.

70.    Plaintiffs have acknowledged this in a prior proceeding.  At a 2013 hearing in a prior lawsuit between the parties, Plaintiffs specifically represented to the court that they did "not have any patient information belonging to any Kaiser patient at all," and that in the event they found any electronic records with patient information they would "destroy it, delete it."

71.    Despite the settlement agreement's requirement that Plaintiffs keep patient information confidential, and despite the Business Associate Agreement's requirement limiting Plaintiffs' permissible use of the patient information to use connected to the "scanning services" Plaintiffs were performing for Kaiser, Plaintiffs still offer Kaiser patient information for sale on their website on the

-20-

domain name <patientlists.org>.  Additionally, on February 16, 2022, Plaintiffs' counsel sent an email threatening to sell Kaiser's patients' information.

72.    KFHP paid Plaintiffs $110,000 in full satisfaction of its obligations under the settlement agreement, and has fully performed its obligations under the settlement agreement.

73.    Plaintiffs have breached the parties' settlement agreement by the actions described herein.

74.    As a direct and proximate result of Plaintiffs' breach of contract, KFHP has been damaged, and is entitled to recover from Plaintiffs the actual damages that KFHP has sustained, is sustaining, and/or is likely to sustain.  KFHP is presently unable to ascertain the full extent of the money damages that it has suffered and/or is likely to sustain by reason of Plaintiffs' breach of contract.

75.    KFHP is also entitled to specific performance under the settlement agreement.  Given the private nature of the patient information that Plaintiffs obtained from Kaiser for the specific and limited purpose set forth in the Business Associate Agreement, there is no remedy available under the law other than specific performance of the settlement agreement's confidentiality provisions that would adequately protect Kaiser and its patients from Plaintiffs.  Additionally, Plaintiffs' threats to sell Kaiser patient information further shows that specific performance is needed to enforce the confidentiality provisions of the settlement agreement.

## **PRAYER FOR RELIEF**

WHEREFORE, KFHP prays that this Court enter judgment against Plaintiffs as follows:

76.    Finding that Plaintiffs have:  infringed the KFHP Marks under 15 U.S.C. § 1114 and the common law; violated 15 U.S.C. § 1125(a); diluted the KAISER PERMANENTE and the Happy Family Logo trademarks under 15 U.S.C. § 1125(c); violated Cal. Bus. & Prof. Code § 17200 by engaging in unlawful, unfair,

-21-

1  and fraudulent business practices; and committed unfair competition under the

2  common law;

3       77.    Ordering that Plaintiffs and, as applicable, their servants, employees,

4  representatives, assigns, successors, related companies, and attorneys, and all

5  persons in active concert or participation with Plaintiffs or with any of the

6  foregoing, be enjoined preliminarily during the pendency of this action and

7  permanently thereafter from:

8           a.    Manufacturing, transporting, promoting, importing,

9  advertising, publicizing, distributing, offering for sale, or selling any goods or

10  services offered under the KFHP Marks or any other mark, name, symbol, or logo

11  which is likely to cause confusion or to cause mistake or to deceive persons into the

12  erroneous belief that any goods or services that Plaintiffs caused to enter the stream

13  of commerce or any of Plaintiffs' commercial activities are sponsored or licensed by

14  KFHP, are authorized by KFHP, or are connected or affiliated in some way with

15  KFHP or the KFHP Marks;

16           b.    Manufacturing, transporting, promoting, importing,

17  advertising, publicizing, distributing, offering for sale, or selling any goods or

18  services offered under the KFHP Marks or any other mark, name, symbol, or logo

19  that is a copy or colorable imitation of, incorporates, or is confusingly similar to the

20  KFHP Marks;

21           c.    Implying KFHP's approval, endorsement, or sponsorship

22  of, or affiliation or connection with, Plaintiffs' goods, services, or commercial

23  activities, passing off Plaintiffs' business as that of KFHP's, or engaging in any act

24  or series of acts which, either alone or in combination, constitutes unfair methods of

25  competition with KFHP and from otherwise interfering with or injuring the KFHP

26  Marks or the goodwill associated therewith;

27           d.    Engaging in any act which is likely to dilute the distinctive

28  quality of the KAISER PERMANENTE or the Happy Family Logo trademarks

-22-

1    and/or injures KFHP's business reputation;

2            e.      Representing or implying that Plaintiffs are in any way

3    sponsored by, affiliated with, or licensed by KFHP;

4            f.      Using the KFHP Marks, or any other mark, name, symbol,

5    or logo that is a copy or colorable imitation of, incorporates, or is confusingly

6    similar to the KFHP Marks, as a trade name or as part of a domain name or social

7    media handle or account name;

8            g.      Knowingly assisting, inducing, aiding, or abetting any

9    other person or business entity in engaging in or performing any of the activities

10   referred to in paragraphs 77(a) to (f) above.

11       78.    Ordering that KFHP is the exclusive owner of the KFHP Marks and

12   that such marks are valid and protectable;

13       79.    Ordering that Plaintiffs be required to deliver to KFHP for destruction

14   any and all digital files, packaging, printed graphics, promotional materials, business

15   cards, signs, labels, advertisements, flyers, circulars, and any other items in any of

16   their possession, custody, or control bearing or using the KFHP Marks, or any other

17   mark, name, symbol, or logo that is a copy or colorable imitation of, incorporates, or

18   is confusingly similar to the KFHP Marks;

19       80.    Ordering that Plaintiffs be required to turn over all passwords or

20   user account names for, and email addresses collected in connection with, any and

21   all infringing websites or social media accounts;

22       81.    Granting an award of damages suffered by KFHP according to proof at

23   the time of trial;

24       82.    Ordering that Plaintiffs account to KFHP for any and all profits earned

25   as a result of Plaintiffs' acts in violation of KFHP' rights under the Lanham Act and

26   the common law;

27       83.    Granting an award of three times the amount of compensatory damages

28   and increased profits pursuant to 15 U.S.C. § 1117;

-23-

84. Ordering restitution of Plaintiffs' profits earned from their unauthorized use of the KFHP Marks or any mark, name, symbol, or logo which is confusingly similar thereto, in which profits KFHP has a vested interest, pursuant to Cal. Bus. & Prof. Code § 17200, *et seq.*;

85. Finding that Plaintiffs have breached the settlement agreement by offering for sale the patient information they previously pledged to protect and keep confidential.

86. Ordering that Plaintiffs and, as applicable, their servants, employees, representatives, assigns, successors, related companies, and attorneys, and all persons in active concert or participation with Plaintiffs or with any of the foregoing, be enjoined preliminarily during the pendency of this action and permanently thereafter from using, disclosing, or offering for sale any information related to any Kaiser patient files that Plaintiffs have obtained from Kaiser.

87. Granting an award of punitive damages for the willful and wanton nature of Plaintiffs' aforesaid acts under the common law;

88. For pre-judgment interest on any recovery by KFHP;

89. Granting an award of KFHP's costs, expenses, and reasonable attorneys' fees; and

90. Granting such other and further relief as is just and proper.

Respectfully submitted,

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

Dated: March 8, 2022

By  */s/ Jill M. Pietrini*
JILL M. PIETRINI
PAUL BOST
JOHN F. BURNS
Attorneys for Defendants Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Hospitals and Counterclaimant Kaiser Foundation Health Plan, Inc.

SMRH:4881-3484-3151.3

-24-

# EXHIBIT A

screenshot-healthy.kaiserpermanente.org-2021.10.12-10_21_30
https://healthy.kaiserpermanente.org/washington/front-door
12.10.2021



Learn   Shop Plans   Doctors & Locations   Health & Wellness   Get Care               🔍 Search

# Good morning Las Vegas, NV 📍





**Today's suggestions:**

COVID-19 vaccine & testing    Mental health tools

Get a flu shot    Shop plans    Pharmacy

Make a payment    Appointment check-in

Get care    Estimate costs



**Protect your loved ones. Get vaccinated.**

Vaccinations make everyday moments safer. Protect yourself and your loved ones from the yearly flu virus with a flu shot at no cost. And if you still need to get vaccinated for COVID-19, you can make an appointment at kp.org/covidvaccine.

Get the flu shot

## 📰 Latest articles



COVID-19 vaccine

**What you need to know about the vaccine**

The vaccine is a safe and effective way to help protect yourself and others from COVID-19. Learn more and find out when you can get it.



COVID-19 updates

**The latest updates on the pandemic**

Get answers to FAQs about COVID-19, the vaccine, testing, getting care, and how to protect yourself and others.



Live well

**Healthy habits our doctors practice for self-care**

Hear what these Kaiser Permanente doctors do every day to stay mentally and emotionally healthy.



Get care

**Keep up with health screenings**

Learn why health screenings are important and which ones you should get.



## More resources

Explore a wide range of apps, podcasts, articles, and resources to help you thrive in mind, body, and spirit.

Mental health

**Guided meditations from Calm to ease anxiety**

Feeling overwhelmed? Try one of these guided meditations available from Calm.

Everyone

Live well

**Take our Total Health Assessment**

Answer questions about your health and we'll give guidance to help you reach your goals.

Everyone

Social health

**Support for your total health**

Good health is about more than health care. From a safe home to healthy food, we can help you find resources to live well and thrive.

Everyone

Wellness coaching

**Achieve your health goals**

Team up with our wellness coaches by phone for support when you need it.

Everyone

Showing 1 - 4 of 6   View all programs & classes



# Health conditions from A to Z

Browse the Health Encyclopedia



# Learn more about your medicine

Browse the Drug Encyclopedia



## Your health. Our cause.

At Kaiser Permanente, everything works together for one very important cause. You.



### Your personal care team

Our doctors, hospitals, and health plans are all connected — collaborating seamlessly across specialties so you can stay at your best.



### Care your way

You get convenient access to care that fits your life. Talk to a health care professional from anywhere — by phone,* email, or video.*

*When appropriate and available.



### Care for the whole you

With a focus on preventive care, our health and wellness resources help you — and your community — thrive in mind, body, and spirit.

**Need health care coverage?**

Our flexible individual and family plans have you covered.

Shop plans



Doctors & locations



## ⌄ Doctors & locations

Browse our top-notch doctors and world-class facilities, including hours of operation and accessibility information.

Find a doctor or location

## News & perspectives

 **Documentary series explores the homelessness crisis during the pandemic**

Learn how housing is linked to personal health

 **Supporting small businesses owned by people of color**

Find out how we're taking steps toward greater equity

 **It's not just adults who've put on pandemic pounds. New #KPResearch⌐ finds that children gained excess weight during the #COVID19 pandemic, especially those between ages 5-11. Learn more via @nytimes⌐: https://nyti.ms/3BtpdJo⌐**

Follow us on Twitter⌐

Website Feedback

## Important notices

- **CORONAVIRUS/COVID-19:** Learn how to protect yourself, get care, and testing.

- You can access your electronic health care and coverage information with non-Kaiser Permanente (third party) web and mobile applications.



Website Feedback

Powered by **TRUSTe**

Website Feedback

screenshot-healthy.kaiserpermanente.org-2021.10.12-10_22_18
https://healthy.kaiserpermanente.org/washington/learn
12.10.2021

COVID-19: Latest updates about the vaccine, booster shots, testing, how to protect yourself and get care. ❯

 **KAISER PERMANENTE.**

Español   Washington ⌄   Register

Learn   Shop Plans   Doctors & Locations   Health & Wellness   Get Care          🔍 Search

# Learn the basics of health care

Health care doesn't have to be complicated. We're here to help you make the health care choices that are right for you — from choosing your health plan to knowing how to get the most out of it. Get answers to your questions, become a smarter health care consumer, and see what it's like to be a Kaiser Permanente member.

## Health care basics

Deductibles. Copays. How to get the care you need. There's a lot to consider when choosing — and using — a health plan. Learning these basics can help make it a little easier.


### Choosing a health plan
Learn what to look for in a health plan — and how integrated care supports your total health.


### HMO vs. PPO plans
Learning the difference can help you choose a plan that fits your needs and works with your budget.


### 5 health care terms to know
Learning these common health care terms can help you plan for the cost of your care.


### Do I need to go to the Emergency Department?
Unnecessary trips to the ED can cost you money and time. Learn where to go when it's not an emergency.


### Making the most of your doctor's appointment
Find out how to get the most out of the time you spend with your doctor.


### Making smart health care decisions
Health care choices can be hard. Here are some things to consider when making a care decision.

## Kaiser Permanente 101

When you're a Kaiser Permanente member, you get convenient, high-quality care designed to keep you healthy. See what our coordinated teams and connected care model can do for you and your family.


### What is Kaiser Permanente?
We offer care and coverage together to support your total health. See how that makes us different — and helps you thrive.


### What's it like to be a member?
You deserve high-quality health care that's simple, personalized, and hassle-free. At Kaiser Permanente, it is.


### Get to know telehealth at Kaiser Permanente
Learn about all the ways you can get care using telehealth.



### Pharmacy services made easy

You've got many convenient ways to fill and manage your prescriptions — when and where it works best for you.

Learn more

### COVID-19 — what you need to know to stay safe

Protecting your health has never been more important. Find the latest information on how to stay healthy during the pandemic — and how you can help slow the spread of the coronavirus.

Learn more

 Shop our plans

Compare all our health plan options, get a quote, and apply online.

Shop plans

 Doctors and locations

Find top-notch doctors, specialists, and pharmacies near you.

Find doctors and locations

 Thrive together

Discover new ways to thrive — in mind, body, and spirit.

Read articles

| Find care | Our organization | Member support | Visit our other sites |
|---|---|---|---|
| Get Care | About KP | New Member Welcome | Individual & Family Plans |
| Find Doctors & Locations | About KP Washington | Forms & Publications | Medicaid/Medi-Cal |
| Health Classes | Patient Quality & Safety | Support Center | Medicare |
| Care When Traveling | News & Views | Medical Information Requests | Affordable Care Act |
| | Commitment to the Community | Patient Financial Responsibility | For Businesses |
| | Diversity & Inclusion | | For Federal Employees |
| | Annual Report | | Broker Support |
| | Careers | | KP Washington Providers |
| | Media Inquiries | | |

Language

Español

⊕ Other Languages

Accessibility     Nondiscrimination Notice     Privacy Policy     HIPAA Notice of Privacy Practices     Terms of Use     Rights & Responsibilities     Disaster Planning
Technical Information     Site Map     Contact Site Manager

Kaiser Permanente health plans around the country: Kaiser Foundation Health Plan, Inc., in Northern and Southern California and Hawaii • Kaiser Foundation Health Plan of Colorado • Kaiser Foundation Health Plan of Georgia, Inc., Nine Piedmont Center, 3495 Piedmont Road NE, Atlanta, GA 30305, 404-364-7000 • Kaiser Foundation Health Plan of the Mid-Atlantic States, Inc., in Maryland, Virginia, and Washington, D.C., 2101 E. Jefferson St., Rockville, MD 20852 • Kaiser Foundation Health Plan of the Northwest, 500 NE Multnomah St., Suite 100, Portland, OR 97232 • Kaiser Foundation Health Plan of Washington or Kaiser Foundation Health Plan of Washington Options, Inc., 1300 SW 27th St., Renton, WA 98057

Selecting these links ⁊ will take you away from KP.org. Kaiser Permanente is not responsible for the content or policies of external websites. Details

Adobe Acrobat ⁊ is required to read PDFs.

© 2021 Kaiser Foundation Health Plan, Inc.

● PRIVACY FEEDBACK
Powered by TRUSTe

screenshot-healthy.kaiserpermanente.org-2021.10.12-10_23_01
https://healthy.kaiserpermanente.org/washington/shop-plans#individual-and-family-plans
12.10.2021



COVID-19: Latest updates about the vaccine, booster shots, testing, how to protect yourself and get care. ›

KAISER PERMANENTE.

Español    Washington ⌄    Sign in to access care

Learn    Shop Plans    Doctors & Locations    Health & Wellness    Get Care                          🔍 Search



Website Feedback

## Shop plans

Life keeps you busy. So we make it easy to compare health plan options, get a quote, and apply online. You'll be done in no time.

Not sure which plan is for you? Get help making a decision.



Individuals
and families



Medicare



Covered
through
your
employer



Losing
coverage

Life keeps you busy. So we make it easy to compare health plan options, get a quote, and apply online. You'll be done in no time.

Learn more



## Employers and administrators

Website Feedback

Check out our competitive plans and custom programs for businesses of all sizes.

Employers and administrators

Find care          Our organization          Member support          Visit our other sites



| Get Care | About KP | New Member Welcome | Individual & Family Plans |
| --- | --- | --- | --- |
| Find Doctors & Locations | About KP Washington | Forms & Publications | Medicaid/Medi-Cal |
| Health Classes | Patient Quality & Safety | Support Center | Medicare |
| Care When Traveling | News & Views | Medical Information Requests | Affordable Care Act |
| | Commitment to the Community | Patient Financial Responsibility | For Businesses |
| | Diversity & Inclusion | | For Federal Employees |
| | Annual Report | | Broker Support |
| | Careers | | KP Washington Providers |
| | Media Inquiries | | |

Language

Español

⊕ Other Languages

Accessibility | Nondiscrimination Notice | Privacy Policy | HIPAA Notice of Privacy Practices | Terms of Use | Rights & Responsibilities | Disaster Planning | Technical Information | Site Map | Contact Site Manager

Kaiser Permanente health plans around the country: Kaiser Foundation Health Plan, Inc., in Northern and Southern California and Hawaii • Kaiser Foundation Health Plan of Colorado • Kaiser Foundation Health Plan of Georgia, Inc., Nine Piedmont Center, 3495 Piedmont Road NE, Atlanta, GA 30305, 404-364-7000 • Kaiser Foundation Health Plan of the Mid-Atlantic States, Inc., in Maryland, Virginia, and Washington, D.C., 2101 E. Jefferson St., Rockville, MD 20852 • Kaiser Foundation Health Plan of the Northwest, 500 NE Multnomah St., Suite 100, Portland, OR 97232 • Kaiser Foundation Health Plan of Washington or Kaiser Foundation Health Plan of Washington Options, Inc., 1300 SW 27th St., Renton, WA 98057

Selecting these links ↗ will take you away from KP.org. Kaiser Permanente is not responsible for the content or policies of external websites. Details

Adobe Acrobat ↗ is required to read PDFs.

© 2021 Kaiser Foundation Health Plan, Inc.

● PRIVACY FEEDBACK
Powered by TRUSTe

Website Feedback

screenshot-healthy.kaiserpermanente.org-2021.10.12-10_24_07
https://healthy.kaiserpermanente.org/washington/doctors-locations#/search-form
12.10.2021





Media Inquiries

Language

Español

⊕ Other Languages

Accessibility | Nondiscrimination Notice | Privacy Policy | HIPAA Notice of Privacy Practices | Terms of Use | Rights & Responsibilities | Disaster Planning |
Technical Information | Site Map | Contact Site Manager

Kaiser Permanente health plans around the country: Kaiser Foundation Health Plan, Inc., in Northern and Southern California and Hawaii • Kaiser Foundation Health Plan of Colorado •
Kaiser Foundation Health Plan of Georgia, Inc., Nine Piedmont Center, 3495 Piedmont Road NE, Atlanta, GA 30305, 404-364-7000 • Kaiser Foundation Health Plan of the Mid-Atlantic
States, Inc., in Maryland, Virginia, and Washington, D.C., 2101 E. Jefferson St., Rockville, MD 20852 • Kaiser Foundation Health Plan of the Northwest, 500 NE Multnomah St., Suite 100,
Portland, OR 97232 • Kaiser Foundation Health Plan of Washington or Kaiser Foundation Health Plan of Washington Options, Inc., 1300 SW 27ᵗʰ St., Renton, WA 98057

Selecting these links ↗ will take you away from KP.org. Kaiser Permanente is not responsible for the content or policies of external websites. Details

Adobe Acrobat ↗ is required to read PDFs.

© 2021 Kaiser Foundation Health Plan, Inc.

PRIVACY FEEDBACK
Powered by TRUSTe

screenshot-healthy.kaiserpermanente.org-2021.10.12-10_24_48
https://healthy.kaiserpermanente.org/washington/health-wellness
12.10.2021

COVID-19: Latest updates about the vaccine, booster shots, testing, how to protect yourself and get care. ›

 **KAISER PERMANENTE.**

Español | Washington ⌄ | Sign in to access care

Learn    Shop Plans    Doctors & Locations    Health & Wellness    Get Care    🔍 Search

# Health & Wellness

## Browse health guides

Explore our wellness resources for help and guidance on how to live a healthier tomorrow.







**Mental health and wellness**

Members with mental, emotional, and addiction issues can access a range of care options. If you need treatment, we'll create a plan together based on your needs, challenges, and goals.

**Maternity care**

With our highly trained doctors and midwives, we'll help you feel supported, empowered, and prepared.

**Life care planning**

Planning for your end-of-life medical treatments.

Website Feedback



### Coronavirus and COVID-19: What you need to know

Get the latest information on how to protect yourself and get care.

Learn more

**Live healthy**

Should you cut carbs or fill up on fiber? Better off walking or lifting weights? You want to live healthier, but you aren't sure where to begin. Start right here! Let our collection of practical tools, tips, and information be your guide.

Alcohol resources
Birth control
Child health
Teen resources
Complementary Care
Emotional wellness
Eye care
Fitness
Life care planning
Men's health
Nutrition and healthy living
Pregnancy and new baby
Preventive care
Quit smoking
Healthy aging
Weight management
Women's health
Videos and tools
Podcasts (guided imagery)

**Conditions & diseases**

Get physician-approved articles on the common cold, rare conditions, and the many health concerns that are in between.

Search health topics
Symptom checker
Addiction and recovery
Allergies and asthma
Cancer
Colds and flu
Depression
Diabetes
Heart health
Mental health
Surgery

**Programs & classes**

The advantages of being a Kaiser Permanente member start now. Get online programs, special rates, and classes offered at our medical centers to help you live healthier.

Website Feedback

Classes, support groups, and programs
Take a Total Health Assessment
Fitness and exercise
Acupuncture, chiropractic, and other complementary care
Financial help
Healthy discounts and extras
Wellness coaching

**Drugs & natural medicines**

Will the pills my doctor prescribed change the way I feel? Can taking B vitamins boost my energy level? Learn about prescription and over-the-counter drugs and supplements — including how they work, possible side effects, and more.

Drugs A to Z
Covered drugs



Find care

Get Care

Find Doctors & Locations

Health Classes

Care When Traveling

Our organization

About KP

About KP Washington

Patient Quality & Safety

News & Views

Commitment to the Community

Diversity & Inclusion

Annual Report

Careers

Media Inquiries

Member support

New Member Welcome

Forms & Publications

Support Center

Medical Information Requests

Patient Financial Responsibility

Visit our other sites

Individual & Family Plans

Medicaid/Medi-Cal

Medicare

Affordable Care Act

For Businesses

For Federal Employees

Broker Support

KP Washington Providers

Language

Español

Other Languages

Accessibility     Nondiscrimination Notice     Privacy Policy     HIPAA Notice of Privacy Practices     Terms of Use     Rights & Responsibilities     Disaster Planning

Technical Information     Site Map     Contact Site Manager

Kaiser Permanente health plans around the country: Kaiser Foundation Health Plan, Inc., in Northern and Southern California and Hawaii • Kaiser Foundation Health Plan of Colorado • Kaiser Foundation Health Plan of Georgia, Inc., Nine Piedmont Center, 3495 Piedmont Road NE, Atlanta, GA 30305, 404-364-7000 • Kaiser Foundation Health Plan of the Mid-Atlantic States, Inc., in Maryland, Virginia, and Washington, D.C., 2101 E. Jefferson St., Rockville, MD 20852 • Kaiser Foundation Health Plan of the Northwest, 500 NE Multnomah St., Suite 100, Portland, OR 97232 • Kaiser Foundation Health Plan of Washington or Kaiser Foundation Health Plan of Washington Options, Inc., 1300 SW 27th St., Renton, WA 98057

Selecting these links   will take you away from KP.org. Kaiser Permanente is not responsible for the content or policies of external websites. Details

Adobe Acrobat   is required to read PDFs.

© 2021 Kaiser Foundation Health Plan, Inc.

PRIVACY FEEDBACK
Powered by TRUSTe

Website Feedback

screenshot-healthy.kaiserpermanente.org-2021.10.12-10_25_27
https://healthy.kaiserpermanente.org/washington/get-care
12.10.2021



**COVID-19:** Latest updates about the vaccine, booster shots, testing, how to protect yourself and get care. ›

**KAISER PERMANENTE.**

Español | Washington ⌄    Sign in to access care

Learn    Shop Plans    Doctors & Locations    Health & Wellness    Get Care          🔍 Search

# Convenient ways to get care

Washington ⌄



Skip Video Player

safe and healthy

We're here to help keep you

Get Care from Home in Washington during COVID-19

▷ ◁ 00:00 / 02:58    📷 ⚙ ⛶

Download transcript of "Get Care from Home in Washington"

You have many ways to get care when and where it works for you. **To access all your online care options, you'll need to create a** kp.org account.

Care options are available to most members. Please refer to the care options on this page for more information regarding cost and availability based on plan type.

**Questions about COVID-19?**
Find out how to protect yourself and get care. Learn more.


Website Feedback

## How would you like to get care?

### Phone*

⊕ 24/7 advice

⊕ Phone appointment (scheduled)

⊕ Phone visit now

### Online*

⊕ Care Chat

⊕ E-visit

⊕ Email

⊕ Video visit (scheduled)

⊕ Video visit now

### In-person

Please call or connect with us online before you come in to a medical facility

⊕ Doctor's office visit

⊕ Urgent care and walk-in clinics

⊕ Mental health

⊕ Specialty care visit

* If you travel out of state, virtual care may be limited due to state laws that may prevent doctors from providing care across state lines. Laws differ by state.

**If you need help choosing** the care that's right for you, contact us 24/7 at **1-800-297-6877** or **206-630-2244** (TTY 711 ).

**If you're having a medical or mental health emergency,** call **911** or go to the nearest emergency room.† Do not attempt to access emergency care through this website.

Website Feedback

## Other services

Find doctors and locations
See where you can go for care near you.

Care while traveling
Learn how to get care before, during, and after your trip.

Prescriptions
Order most refills online for delivery by mail. Or pick refills up at a pharmacy near you.

Additional services
Find specialty care options and other available health care services.

Interpreter services
Get care in your language at no extra cost.

View your medical record when you receive care at Kaiser Permanente
Check out most lab results, past visit information, and more.

Get a personal action plan
See if you're due for screenings or preventive services, get health alerts, and more.

[1]When appropriate and available.
[2]An emergency medical condition is a medical condition manifesting itself by acute symptoms of sufficient severity (including severe pain) such that you reasonably believed that the absence of immediate medical attention would result in any of the following: (1) placing the person's health (or, with respect to a pregnant woman, the health of the woman or her unborn child) in serious jeopardy; (2) serious impairment to bodily functions; or (3) serious dysfunction of any bodily organ or part.
[3]Not covered out of network. Members on HSA plans must first satisfy the annual deductible before coinsurance will be waived. Please refer to your plan documents for more information.

A mental health condition is an emergency medical condition when it meets the requirements of the paragraph above or, for members who are not enrolled in Kaiser Permanente Senior Advantage, when the condition manifests itself by acute symptoms of sufficient severity such that either of the following is true: The person is an immediate danger to himself or herself or to others, or the person is immediately unable to provide for or use food, shelter, or clothing due to the mental disorder.



© 2021 Kaiser Foundation Health Plan, Inc.

EXHIBIT B

| COUNTRY | Mark with Image | APP NO. | FILE DATE | REG NO. | REG DATE | GOODS / SERVICES | STATUS | OWNER |
|---|---|---|---|---|---|---|---|---|
| UNITED STATES | KAISER | 72248812 | 6/23/1966 | 859812 | 11/5/1968 | 42 - Hospital services; prescription pharmacy services | REGISTERED | Kaiser Foundation Health Plan, Inc. |
| UNITED STATES | KAISER | 73199446 | 1/9/79 | 1160284 | 7/7/1981 | 36 - Arranging for and financing of prepaid health care services | REGISTERED | Kaiser Foundation Health Plan, Inc. |
| UNITED STATES | KAISER FOUNDATION HEALTH PLAN | 73760750 | 10/31/1988 | 1632556 | 1/22/1991 | 36 - Arranging for and financing of prepaid health care services<br><br>42 - Providing and arranging health care services | REGISTERED | Kaiser Foundation Health Plan, Inc. |
| UNITED STATES | KAISER ON-THE-JOB | 74525841 | 5/17/1994 | 1936589 | 11/21/1995 | 36 - Arranging for and financing of prepaid health care services<br><br>42 - Health care services relating to worker's compensation injuries and care | REGISTERED | Kaiser Foundation Health Plan, Inc. |
| UNITED STATES | KAISER PERMANENTE | 74332168 | 11/17/1992 | 1787039 | 8/10/1993 | 36 - Arranging for and financing of prepaid health care services<br><br>42 - Health care services | REGISTERED | Kaiser Foundation Health Plan, Inc. |
| UNITED STATES | KAISER PERMANENTE | 87680579 | 11/10/2017 | 5573574 | 10/2/2018 | 09 - Downloadable software in the nature of a mobile application for locating contact information for health care facilities, scheduling medical appointments, refilling prescriptions, to communicate with health care providers, and review medical records | REGISTERED | Kaiser Foundation Health Plan, Inc. |
| UNITED STATES | KAISER PERMANENTE | 87680582 | 11/10/2017 | 5443412 | 4/10/2018 | 41 - Educational services, namely, seminars, classes, and online instruction in the field of health care, wellness, maintaining a healthy lifestyle, disease prevention, and disease management | REGISTERED | Kaiser Foundation Health Plan, Inc. |
| UNITED STATES | KAISER PERMANENTE | 87705512 | 12/1/2017 | 5443438 | 4/10/2018 | 44 - Providing information on healthcare, wellness, maintaining a healthy lifestyle, disease prevention, and disease management; hospital services; health care services | REGISTERED | Kaiser Foundation Health Plan, Inc. |
| UNITED STATES | KAISER PERMANENTE and Design | 87700356 | 11/28/2017 | 5443430 | 4/10/2018 | 09 - Downloadable software in the nature of a mobile application for locating contact information for health care facilities, scheduling | REGISTERED | Kaiser Foundation Health Plan, |

| COUNTRY | Mark with Image | APP NO. | FILE DATE | REG NO. | REG DATE | GOODS / SERVICES | STATUS | OWNER |
|---------|-----------------|---------|-----------|---------|----------|------------------|--------|-------|
| | KAISER PERMANENTE | | | | | medical appointments, refilling prescriptions, to communicate with health care providers, and review medical records | | Inc. |
| UNITED STATES | KAISER PERMANENTE | 87680582 | 11/10/2017 | 5443412 | 4/10/2018 | 41 - Educational services, namely, seminars, classes, and online instruction in the field of health care, wellness, maintaining a healthy lifestyle, disease prevention, and disease management | REGISTERED | Kaiser Foundation Health Plan, Inc. |
| UNITED STATES | KAISER PERMANENTE | 87705512 | 12/1/2017 | 5443438 | 4/10/2018 | 44 - Providing information on healthcare, wellness, maintaining a healthy lifestyle, disease prevention, and disease management; hospital services; health care services | REGISTERED | Kaiser Foundation Health Plan, Inc. |
| UNITED STATES | KAISER PERMANENTE and Design KAISER PERMANENTE | 87700356 | 11/28/2017 | 5443430 | 4/10/2018 | 09 - Downloadable software in the nature of a mobile application for locating contact information for health care facilities, scheduling medical appointments, refilling prescriptions, to communicate with health care providers, and review medical records | REGISTERED | Kaiser Foundation Health Plan, Inc. |
| UNITED STATES | KAISER PERMANENTE and Design KAISER PERMANENTE | 87705501 | 12/1/2017 | 5573674 | 10/2/2018 | 36 - Organization and administration of prepaid health care plans and health care coverage; providing information on health insurance | REGISTERED | Kaiser Foundation Health Plan, Inc. |
| UNITED STATES | KAISER PERMANENTE and Design KAISER PERMANENTE | 87705508 | 12/1/2017 | 5443435 | 4/10/2018 | 41 - Educational services, namely, seminars, classes, and online instruction in the field of health care, wellness, maintaining a healthy lifestyle, disease prevention, and disease management | REGISTERED | Kaiser Foundation Health Plan, Inc. |
| UNITED STATES | KAISER PERMANENTE and Design KAISER PERMANENTE | 87705545 | 12/1/2017 | 5443439 | 4/10/2018 | 44 - Providing information on healthcare, wellness, maintaining a healthy lifestyle, disease prevention, and disease management; hospital services; health care services | REGISTERED | Kaiser Foundation Health Plan, Inc. |
| UNITED STATES | KAISER PERMANENTE and Design (above) KAISER PERMANENTE | 73528013 | 3/21/1985 | 1397093 | 6/10/1986 | 36 - Arranging for and financing of prepaid health care services<br><br>42 - Health care services | REGISTERED | Kaiser Foundation Health Plan, Inc. |
| UNITED STATES | KAISER PERMANENTE AT HOME | 88891383 | 4/28/2020 | 6487355 | 9/14/2021 | 44 - Home health care services, namely, acute hospital care and provision of equipment and pharmaceuticals utilized to care for the patient; | REGISTERED | Kaiser Foundation Health Plan, |

| COUNTRY | Mark with Image | APP NO. | FILE DATE | REG NO. | REG DATE | GOODS / SERVICES | STATUS | OWNER |
|---|---|---|---|---|---|---|---|---|
| | | | | | | providing limited in-home personal medical services for individuals including checking vital signs, medication compliance, checking medical equipment and supplies, and providing on-line information related to these personal medical services; providing information on treatments and patient care services for certain acute health conditions; telemedicine services; home health care services, namely, providing in-home health care medical equipment and medical supplies to enable clinical care. | | Inc. |
| UNITED STATES | KAISER PERMANENTE BERNARD J. TYSON SCHOOL OF MEDICINE | 90747700 | 6/1/2021 | | | 41 - Educational services, namely, providing classes, courses of instruction and seminars in the fields of medicine, biomedical science, clinical science, health systems science, medical research, and scientific research. | PUBLISHED | Kaiser Foundation Health Plan, Inc. |
| UNITED STATES | KAISER PERMANENTE BERNARD J. TYSON SCHOOL OF MEDICINE | 90747701 | 6/1/2021 | | | 16 - Paper notebooks; pencils; stationery; envelopes; writing implements; printed instructional, informational, and teaching materials in the fields of medicine, hospitals and health care; decals; stickers; printed greeting cards; ring binders; folders for papers; printed calendars; printed day planners. | PUBLISHED | Kaiser Foundation Health Plan, Inc. |
| UNITED STATES | KAISER PERMANENTE BERNARD J. TYSON SCHOOL OF MEDICINE | 90747702 | 6/1/2021 | | | 25 - Clothing, namely, tops and bottoms; sweatshirts; sweaters; footwear and headwear; aprons of textile. | PUBLISHED | Kaiser Foundation Health Plan, Inc. |
| UNITED STATES | KAISER PERMANENTE HEALTHCONNECT and Design KAISER PERMANENTE HEALTHCONNECT | 78319950 | 10/28/2003 | 3473594 | 7/22/2008 | 09 - Computer software for use in maintaining medical and other records of patients and members of an integrated health plan and healthcare provider organization and communicating information among health care professionals and others relating to the care of such patients and plan members | REGISTERED | Kaiser Foundation Health Plan, Inc. |
| UNITED STATES | KAISER PERMANENTE INSURANCE COMPANY | 74544046 | 6/30/1994 | 2004814 | 10/1/1996 | 36 - Underwriting health insurance, indemnity insurance, and re-insurance services | REGISTERED | Kaiser Foundation Health Plan, Inc. |
| UNITED STATES | KAISER PERMANENTE ON-THE-JOB | 90386600 | 12/16/2020 | 6463426 | 8/24/2021 | 44 - Health care services relating to worker's compensation injuries and care; providing | REGISTERED | Kaiser Foundation |

| COUNTRY | Mark with Image | APP NO. | FILE DATE | REG NO. | REG DATE | GOODS / SERVICES | STATUS | OWNER |
|---------|----------------|---------|-----------|---------|----------|------------------|--------|-------|
| | | | | | | immunizations; drug and alcohol use testing services; physical examination services. | | Health Plan, Inc. |
| UNITED STATES | KAISER PERMANENTE VIRTUAL COMPLETE | 90526819 | 2/12/2021 | | | 36 - Organization and administration of prepaid health care plans and health care coverage. | PENDING | Kaiser Foundation Health Plan, Inc. |
| UNITED STATES | KAISER PERMANENTE VIRTUAL FORWARD | 90133872 | 8/24/2020 | | | 36 - Organization and administration of prepaid health care plans and health care coverage. | PENDING | Kaiser Foundation Health Plan, Inc. |
| UNITED STATES | KAISER PERMANENTE VIRTUAL PLUS | 97007314 | 9/1/2021 | | | 36 - Organization and administration of prepaid health care plans and health care coverage. | PENDING | Kaiser Foundation Health Plan, Inc. |
| UNITED STATES | KP | 87493257 | 6/16/2017 | 5527712 | 7/31/2018 | 36 - Organization and administration of prepaid health care plans and health care coverage; providing information on health insurance | REGISTERED | Kaiser Foundation Health Plan, Inc. |
| UNITED STATES | KP | 87493261 | 6/16/2017 | 5885837 | 10/15/2019 | 41 - Educational services, namely, seminars, classes, and online instruction in the field of health care, disease prevention, and disease management | REGISTERED | Kaiser Foundation Health Plan, Inc. |
| UNITED STATES | KP | 87493271 | 6/16/2017 | 5593073 | 10/30/2018 | 44 - Hospital services; providing information on healthcare; health information in the fields of disease prevention, and disease management; providing healthcare services | REGISTERED | Kaiser Foundation Health Plan, Inc. |
| UNITED STATES | KP HEALTHCONNECT | 78319951 | 10/28/2003 | 3506362 | 9/23/2008 | 09 - Computer software for use in maintaining medical and other records of patients and members of an integrated health plan and healthcare provider organization and communicating information among health care professionals and others relating to the care of such patients and plan members | REGISTERED | Kaiser Foundation Health Plan, Inc. |
| UNITED STATES | KP LANGUAGE CONNECT and Design  | 86238527 | 4/1/2014 | 4749308 | 6/2/2015 | 41 - Translation services for health care providers serving non-English-speaking patients | REGISTERED | Kaiser Foundation Health Plan, Inc. |
| UNITED STATES | KP Logo | 74332169 | 11/17/1992 | 1806395 | 11/23/1993 | 36 - Arranging for and financing of prepaid health care services | REGISTERED | Kaiser Foundation |

| COUNTRY | Mark with Image | APP NO. | FILE DATE | REG NO. | REG DATE | GOODS / SERVICES | STATUS | OWNER |
|---|---|---|---|---|---|---|---|---|
| | | | | | | 42 - Health care services | | Health Plan, Inc. |
| UNITED STATES | KP Logo | 87700362 | 11/28/2017 | 5443431 | 4/10/2018 | 41 - Educational services, namely, seminars, classes, and online instruction in the field of health care, wellness, maintaining a healthy lifestyle, disease prevention, and disease management | REGISTERED | Kaiser Foundation Health Plan, Inc. |
| UNITED STATES | KP Logo | 87700371 | 11/28/2017 | 5443432 | 4/10/2018 | 09 - Downloadable software in the nature of a mobile application for locating contact information for health care facilities, scheduling medical appointments, refilling prescriptions, to communicate with health care providers, and review medical records | REGISTERED | Kaiser Foundation Health Plan, Inc. |
| UNITED STATES | KP Logo | 87705510 | 12/1/2017 | 5443437 | 4/10/2018 | 44 - Providing information on healthcare, wellness, maintaining a healthy lifestyle, disease prevention, and disease management; hospital services; health care services | REGISTERED | Kaiser Foundation Health Plan, Inc. |
| UNITED STATES | KPIC | 74544084 | 6/30/1994 | 2004815 | 10/1/1996 | 36 - Underwriting health insurance, indemnity insurance and re-insurance services | REGISTERED | Kaiser Foundation Health Plan, Inc. |
| UNITED STATES | THRIVE and Design | 87700377 | 11/28/2017 | 5443433 | 4/10/2018 | 36 - Organization and administration of prepaid health care plans and health care coverage; providing information on health insurance | REGISTERED | Kaiser Foundation Health Plan, Inc. |
| UNITED STATES | THRIVE and Design | 87700379 | 11/28/2017 | 5443434 | 4/10/2018 | 41 - Educational services, namely, seminars, classes, and online instruction in the field of health care, wellness, maintaining a healthy lifestyle, disease prevention, and disease management | REGISTERED | Kaiser Foundation Health Plan, Inc. |
| UNITED STATES | THRIVE and Design | 87836431 | 3/15/2018 | 5610418 | 11/20/2018 | 44 - Providing information on healthcare, health, wellness, maintaining a healthy lifestyle, disease prevention, and disease management; health care services, namely, wellness | REGISTERED | Kaiser Foundation Health Plan, Inc. |

| COUNTRY | Mark with Image | APP NO. | FILE DATE | REG NO. | REG DATE | GOODS / SERVICES | STATUS | OWNER |
|---|---|---|---|---|---|---|---|---|
| | | | | | | programs, hospital services, and medical care | | |
| UNITED STATES | WELL BY KAISER PERMANTE (thrive logo) | 90591015 | 3/19/2021 | | | 44 - Healthcare; telehealth services. | PUBLISHED | Kaiser Foundation Health Plan, Inc. |
| UNITED STATES | WELL FRIENDSHIP HEIGHTS BY KAISER PERMANTE | 90146544 | 8/28/2020 | | | 44 - Healthcare; telehealth services. | ALLOWED | Kaiser Foundation Health Plan, Inc. |
| AUSTRALIA | KAISER | 701753 | 2/5/1996 | 701753 | 9/11/1998 | 05 - pharmaceuticals in International Class 5<br><br>09 - computer hardware and software, and instructional manuals sold as a unit for medical applications in International Class 9<br><br>35 - health systems management services in International Class 35<br><br>36 - under writing insurance services; and arranging for and financing of prepaid health care services in International Class 36<br><br>42 - consulting services and health care delivery services in International Class 42 | REGISTERED | Kaiser Foundation Health Plan, Inc. |
| AUSTRALIA | KAISER PERMANENTE | 701754 | 2/5/1996 | 701754 | 9/11/1998 | 05 - pharmaceuticals in International Class 5<br><br>09 - computer hardware and software, and instructional manuals sold as a unit for medical applications in International Class 9<br><br>35 - health systems management services in International Class 35<br><br>36 - underwriting insurance services; and arranging for and financing of prepaid health care services in International Class 36 | REGISTERED | Kaiser Foundation Health Plan, Inc. |

| COUNTRY | Mark with Image | APP NO. | FILE DATE | REG NO. | REG DATE | GOODS / SERVICES | STATUS | OWNER |
|---|---|---|---|---|---|---|---|---|
| AUSTRALIA | KP Logo  | 701755 | 2/5/1996 | 701755 | 4/24/1997 | 42 - consulting services and health care delivery services in International Class 42<br><br>05 - pharmaceuticals in International Class 5<br><br>09 - computer hardware and software, and instructional manuals sold as a unit for medical applications in International Class 9<br><br>10 - medical products and apparatus in International Class 10<br><br>35 - health systems management services in International Class 35<br><br>36 - underwriting insurance services; and arranging for and financing of prepaid health care services in International Class 36<br><br>42 - consulting services and health care delivery services in International Class 42 | REGISTERED | Kaiser Foundation Health Plan, Inc. |
| CANADA | KAISER | 803956 | 2/9/1996 | 509293 | 3/12/1999 | N/A - Class Information: NA -B<br>Goods Information: computer hardware and software for use in database management for programs to benefit human health and management of health services; and instructional manuals sold as a unit for medical applications; and medical products and apparatus, namely crutches, walkers, oxygen tanks and wheelchairs<br><br>health systems management services; arranging for and financing of prepaid health care services; consulting services and health care delivery services; arranging for and financing of prepaid health care services | REGISTERED | Kaiser Foundation Health Plan, Inc. |
| CANADA | KAISER PERMANENTE | 803960 | 2/9/1996 | 509287 | 3/12/1999 | N/A - Class Information: NA -B<br>Goods Information: computer hardware and software for use in database management for programs to benefit human health and management of health services; and instructional manuals sold as a unit for medical | REGISTERED | Kaiser Foundation Health Plan, Inc. |

| COUNTRY | Mark with Image | APP NO. | FILE DATE | REG NO. | REG DATE | GOODS / SERVICES | STATUS | OWNER |
|---|---|---|---|---|---|---|---|---|
| | | | | | | applications; and medical products and apparatus, namely crutches, walkers, oxygen tanks and wheelchairs; health systems management services; arranging for and financing of prepaid health care services; consulting services and health care delivery services; arranging for and financing of prepaid health care services; and health care services | | |
| CANADA | KP Logo  | 803961 | 2/9/1996 | 508446 | 2/24/1999 | N/A - computer hardware and software for use in database management for programs to benefit human health and management of health services; and instructional manuals sold as a unit for medical applications; and medical products and apparatus, namely crutches, walkers, oxygen tanks and wheelchairs; health systems management services; underwriting insurance services; arranging for and financing of prepaid health care services; consulting services and health care delivery services; arranging for and financing of prepaid health care services; and health care services | REGISTERED | Kaiser Foundation Health Plan, Inc. |
| CHILE | KAISER | 398487 | 11/27/1997 | 835439 | 7/3/1998 | 05 - Pharmaceutical products<br>10 - Medical products and apparatus | REGISTERED | Kaiser Foundation Health Plan, Inc. |
| CHILE | KAISER | 398488 | 11/27/1997 | 835440 | 7/3/1998 | 35 - Business management services relating to the provision of health care services<br>36 - Arranging for and financing of prepaid health care services<br>44 - Consulting services relating to health care and health care services | REGISTERED | Kaiser Foundation Health Plan, Inc. |
| CHILE | KAISER PERMANENTE | 398342 | 11/27/1997 | 835441 | 7/3/1998 | 35 - Business management services relating to the provision of health care services<br>36 - Arranging for and financing of prepaid health care services | REGISTERED | Kaiser Foundation Health Plan, Inc. |

| COUNTRY | Mark with Image | APP NO. | FILE DATE | REG NO. | REG DATE | GOODS / SERVICES | STATUS | OWNER |
|---|---|---|---|---|---|---|---|---|
| | | | | | | 44 - Consulting services relating to health care and health care services | | Kaiser Foundation Health Plan, Inc. |
| CHILE | KAISER PERMANENTE | 398489 | 11/26/1997 | 835444 | 7/3/1998 | 05 - Pharmaceutical products | REGISTERED | Kaiser Foundation Health Plan, Inc. |
| | | | | | | 10 - Medical products and medical apparatus and instruments | | |
| CHILE | KP Logo | 398491 | 11/27/1997 | 835442 | 7/3/1998 | 05 - Pharmaceuticals | REGISTERED | Kaiser Foundation Health Plan, Inc. |
| | | | | | | 09 - Computer hardware, computer software and instructional manuals sold as a unit for medical applications | | |
| | | | | | | 10 - Medical products and medical apparatus | | |
| CHILE | KP Logo | 398492 | 11/27/1997 | 835443 | 7/3/1998 | 35 - Business management services relating to the provision of health care services | REGISTERED | Kaiser Foundation Health Plan, Inc. |
| | | | | | | 36 - Arranging for and financing of prepaid health care services | | |
| | | | | | | 44 - Consulting services relating to health care and health care services | | |
| CHINA | KAISER | 960036057 | 3/1/1996 | 1061909 | 7/21/1997 | 36 - Insurance underwriting services; health care insurance | REGISTERED | Kaiser Foundation Health Plan, Inc. |
| CHINA | KAISER | 960036066 | 3/1/1996 | 1056797 | 7/21/1997 | 05 - Pharmaceuticals | REGISTERED | Kaiser Foundation Health Plan, Inc. |
| CHINA | KAISER | 960036068 | 3/1/1996 | 1036665 | 6/21/1997 | 10 - Medical products and apparatus | REGISTERED | Kaiser Foundation Health Plan, Inc. |
| CHINA | KAISER in Chinese Characters 康泽 | | | 1103559 | 9/14/1997 | 42 - Medical health care consulting services | REGISTERED | Kaiser Foundation Health Plan, Inc. |

| COUNTRY | Mark with Image | APP NO. | FILE DATE | REG NO. | REG DATE | GOODS / SERVICES | STATUS | OWNER |
|---|---|---|---|---|---|---|---|---|
| CHINA | KAISER in Chinese Characters 康泽 | 960079253 | 7/8/1996 | 1103618 | 9/14/1997 | 36 - Insurance underwriting services; health care insurance | REGISTERED | Kaiser Foundation Health Plan, Inc. |
| CHINA | KAISER PERMANENTE | 960036057 | 3/1/1996 | 1085591 | 8/21/1997 | 35 - Health systems management services | REGISTERED | Kaiser Foundation Health Plan, Inc. |
| CHINA | KAISER PERMANENTE | 960036061 | 3/1/1996 | 1067816 | 7/28/1997 | 42 - Medical health care consulting services | REGISTERED | Kaiser Foundation Health Plan, Inc. |
| CHINA | KAISER PERMANENTE | 960036069 | 3/2/1996 | 1049999 | 7/7/1997 | 36 - Insurance underwriting services; health care insurance | REGISTERED | Kaiser Foundation Health Plan, Inc. |
| CHINA | KAISER PERMANENTE | 960036069 | 3/1/1996 | 1056759 | 7/21/1997 | 05 - Pharmaceuticals | REGISTERED | Kaiser Foundation Health Plan, Inc. |
| CHINA | KAISER PERMANENTE | 960036071 | 3/1/1996 | 1430295 | 8/7/2000 | 10 - Medical products and apparatus | REGISTERED | Kaiser Foundation Health Plan, Inc. |
| CHINA | KAISER PERMANENTE | 960036078 | 3/1/1996 | 1042124 | 6/28/1997 | 09 - Recorded computer programs and recorded applications | REGISTERED | Kaiser Foundation Health Plan, Inc. |
| CHINA | KP Logo | 960036061 | 3/1/1996 | 1067817 | 7/28/1997 | 42 - Medical health care consulting services | REGISTERED | Kaiser Foundation Health Plan, Inc. |
| CHINA | KP Logo | 960036062 | 3/1/1996 | 1085590 | 8/21/1997 | 35 - Health systems management services | REGISTERED | Kaiser Foundation Health Plan, Inc. |

| COUNTRY | Mark with Image | APP NO. | FILE DATE | REG NO. | REG DATE | GOODS / SERVICES | STATUS | OWNER |
|---|---|---|---|---|---|---|---|---|
| CHINA | KP Logo | 960036063 | 3/2/1996 | 1049998 | 7/7/1997 | 36 - Insurance underwriting services; health care insurance | REGISTERED | Kaiser Foundation Health Plan, Inc. |
| CHINA | KP Logo | 960036073 | 3/10/1996 | 1042147 | 6/28/1997 | 09 - Recorded computer programs and recorded application | REGISTERED | Kaiser Foundation Health Plan, Inc. |
| CHINA | KP Logo | 960036076 | 3/1/1996 | 1036666 | 6/21/1997 | 10 - Medical products and apparatus | REGISTERED | Kaiser Foundation Health Plan, Inc. |
| CHINA | KP Logo | 960039072 | 3/1/1996 | 1056595 | 7/21/1997 | 05 - Pharmaceuticals | REGISTERED | Kaiser Foundation Health Plan, Inc. |
| COLOMBIA | KAISER | 98005888 | 2/5/1998 | 210551 | 7/24/1998 | 05 - Pharmaceutical products | REGISTERED | Kaiser Foundation Health Plan, Inc. |
| COLOMBIA | KAISER | 98005889 | 2/5/1998 | 211328 | 8/11/1998 | 09 - Computer hardware, computer software and instructional manuals sold as a unit for medical applications | REGISTERED | Kaiser Foundation Health Plan, Inc. |
| COLOMBIA | KAISER | 98005890 | 2/5/1998 | 210546 | 7/24/1998 | 36 - Insurance underwriting and arranging for financing of prepaid health care services | REGISTERED | Kaiser Foundation Health Plan, Inc. |
| COLOMBIA | KAISER | 98005890 | 2/5/1998 | 210552 | 7/24/1998 | 10 - Medical products and apparatus | REGISTERED | Kaiser |

| COUNTRY | Mark with Image | APP NO. | FILE DATE | REG NO. | REG DATE | GOODS / SERVICES | STATUS | OWNER |
|---|---|---|---|---|---|---|---|---|
| COLOMBIA | KAISER | 98005891 | 2/5/1998 | 210547 | 7/24/1998 | 35 - Business management services relating to the provisions of health care services | REGISTERED | Kaiser Foundation Health Plan, Inc. |
| COLOMBIA | KAISER | 98005894 | 2/5/1998 | 210545 | 7/24/1998 | 42 - Consulting services relating to health care and health care services | REGISTERED | Kaiser Foundation Health Plan, Inc. |
| COLOMBIA | KAISER PERMANENTE | 98005895 | 2/5/1998 | 210544 | 7/24/1998 | 05 - Pharmaceutical products | REGISTERED | Kaiser Foundation Health Plan, Inc. |
| COLOMBIA | KAISER PERMANENTE | 98005896 | 2/5/1998 | 210543 | 7/24/1998 | 09 - Computer hardware, computer software and instructional manuals sold as a unit for medical applications | REGISTERED | Kaiser Foundation Health Plan, Inc. |
| COLOMBIA | KAISER PERMANENTE | 98005897 | 2/5/1998 | 210662 | 7/24/1998 | 10 - Medical products and apparatus | REGISTERED | Kaiser Foundation Health Plan, Inc. |
| COLOMBIA | KAISER PERMANENTE | 98005899 | 2/5/1998 | 211217 | 8/11/1998 | 35 - Business management services relating to the provisions of health care services | REGISTERED | Kaiser Foundation Health Plan, Inc. |
| COLOMBIA | KAISER PERMANENTE | 98005900 | 2/5/1998 | 210807 | 7/31/1998 | 36 - insurance underwriting and arranging for financing of prepaid health care services in International Class 36 | REGISTERED | Kaiser Foundation Health Plan, Inc. |
| COLOMBIA | KAISER PERMANENTE | 98005902 | 2/5/1998 | 211009 | 7/31/1998 | 42 - Consulting services relating to health care and health care services | REGISTERED | Kaiser Foundation Health Plan, Inc. |
| COLOMBIA | KP Logo | 98005904 | 2/5/1998 | 210661 | 7/24/1998 | 05 - Pharmaceutical products | REGISTERED | Kaiser Foundation Health Plan, Inc. |

| COUNTRY | Mark with Image | APP NO. | FILE DATE | REG NO. | REG DATE | GOODS / SERVICES | STATUS | OWNER |
|---------|-----------------|---------|-----------|---------|----------|------------------|--------|-------|
| COLOMBIA | KP Logo | 98005905 | 2/5/1998 | 210660 | 7/24/1998 | 09 - Computer hardware, computer software and instructional manuals sold as a unit for medical applications | REGISTERED | Kaiser Foundation Health Plan, Inc. |
| COLOMBIA | KP Logo | 98005906 | 2/5/1998 | 210659 | 7/24/1998 | 10 - Medical products and apparatus | REGISTERED | Kaiser Foundation Health Plan, Inc. |
| COLOMBIA | KP Logo | 98005908 | 2/5/1998 | 210658 | 7/24/1998 | 35 - Business management services relating to the provisions of health care services | REGISTERED | Kaiser Foundation Health Plan, Inc. |
| COLOMBIA | KP Logo | 98005911 | 2/5/1998 | 210657 | 7/24/1998 | 36 - Insurance underwriting and arranging for financing of prepaid health care services | REGISTERED | Kaiser Foundation Health Plan, Inc. |
| COLOMBIA | KP Logo | 98005913 | 2/5/1998 | 210656 | 7/24/1998 | 42 - Consulting services relating to health care and health care services | REGISTERED | Kaiser Foundation Health Plan, Inc. |
| GREECE | KAISER | 129262 | 5/9/1996 | 129262 | 11/17/1998 | 09 - computer hardware, software and manuals for medical applications sold as a unit in International Class 9<br><br>10 - medical products and medical apparatus and instruments in International Class 10 | REGISTERED | Kaiser Foundation Health Plan, Inc. |

| COUNTRY | Mark with Image | APP NO. | FILE DATE | REG NO. | REG DATE | GOODS / SERVICES | STATUS | OWNER |
|---|---|---|---|---|---|---|---|---|
| | | | | | | 35 - business management services relating to the provisions of health care services, in International Class 35 | | |
| | | | | | | 36 - insurance underwriting and arranging for financing of prepaid health care services, in International Class 36 | | |
| | | | | | | 42 - consulting services relating to health care and health care services, in International Class 42 | | |
| GREECE | KAISER PERMANENTE | 129264 | 5/9/1996 | 129264 | 11/17/1998 | 05 - pharmaceutical preparations in International Class 5 | REGISTERED | Kaiser Foundation Health Plan, Inc. |
| | | | | | | 09 - computer hardware, software and manuals for medical applications sold as a unit in International Class 9 | | |
| | | | | | | 10 - medical products and medical apparatus and instruments in International Class 10 | | |
| | | | | | | 35 - business management services relating to the provisions of health care services in International Class 35 | | |
| | | | | | | 36 - insurance underwriting and arranging for and financing of prepaid health care services in International Class 36 | | |
| | | | | | | 42 - consulting services relating to health care and health care services in International Class 42 | | |
| GREECE | KP Logo | 129263 | 5/9/1996 | 129263 | 6/17/1998 | 05 - pharmaceutical preparations in International Class 5 | REGISTERED | Kaiser Foundation Health Plan, Inc. |
| | | | | | | 09 - computer hardware, software and manuals for medical applications sold as a unit in International Class 9 | | |
| | | | | | | 10 - medical products and medical apparatus and instruments in International Class 10 | | |

| COUNTRY | Mark with Image | APP NO. | FILE DATE | REG NO. | REG DATE | GOODS / SERVICES | STATUS | OWNER |
|---|---|---|---|---|---|---|---|---|
| | | | | | | 35 - business management services relating to the provisions of health care services in International Class 35 | | |
| | | | | | | 36 - insurance underwriting and arranging for and financing of prepaid health care services in International Class 36 | | |
| | | | | | | 42 - consulting services relating to health care and health care services in International Class 42 | | |
| JAPAN | KAISER | 888872 | 8/7/1996 | 4151311 | 5/29/1998 | 42 - Consulting on health and health care, medical services | REGISTERED | Kaiser Foundation Health Plan, Inc. |
| JAPAN | KAISER PERMANENTE | 888874 | 8/7/1996 | 4151312 | 5/29/1998 | 42 - Consulting on health and health care, medical services | REGISTERED | Kaiser Foundation Health Plan, Inc. |
| JAPAN | KP Logo  | 888876 | 8/7/1996 | 4151313 | 5/29/1998 | 42 - Consulting on health and health care, medical services | REGISTERED | Kaiser Foundation Health Plan, Inc. |
| RUSSIA | KAISER | 96715061 | 11/13/1996 | 173364 | 3/23/1999 | 09 - Computers, including computer hardware and software for medical purposes<br><br>10 - Apparatus and instruments surgical, medical, dental, and veterinary; artificial limbs; artificial eyes, set of artificial teeth; orthopedic articles; suture materials<br><br>36 - Insurance in the field of health care; financial affairs management and financing services for health care | REGISTERED | Kaiser Foundation Health Plan, Inc. |
| RUSSIA | KAISER PERMANENTE | 96715045 | 11/13/1996 | 164684 | 5/29/1998 | 05 - Pharmaceutical preparations<br><br>09 - Computers, including hardware and software for computers for medical purposes | REGISTERED | Kaiser Foundation Health Plan, Inc. |

| COUNTRY | Mark with Image | APP NO. | FILE DATE | REG NO. | REG DATE | GOODS / SERVICES | STATUS | OWNER |
|---|---|---|---|---|---|---|---|---|
| RUSSIA | KP Logo | 96715046 | 11/13/1996 | 161595 | 2/19/1998 | 10 - Surgical, medical, dental and veterinary apparatus and instruments; artificial limbs, eyes and dentures; orthopedic articles; suture materials; apparatus and instruments<br><br>35 - Business management assistance in health care services<br><br>36 - Insurance for health care services<br><br>42 - Professional consultance in health care; medical assistance<br><br>05 - Pharmaceutical preparations<br><br>09 - Computer, including hardware and software for computers for medical purposes<br><br>10 - Surgical, medical, dental and veterinary apparatus and instruments; artificial limbs, eyes and dentures; orthopedic articles; suture materials; apparatus and instruments<br><br>35 - Business management assistance in health care services<br><br>36 - Insurance for health care services<br><br>42 - Professional consultance in health care; medical assistance | REGISTERED | Kaiser Foundation Health Plan, Inc. |
| SINGAPORE | KAISER | T9602065G | 3/5/1996 | T9602065G | 3/5/1996 | 36 - insurance underwriting and health insurance in International Class 36 | REGISTERED | Kaiser Foundation Health Plan, Inc. |
| SINGAPORE | KAISER | T9602067C | 3/5/1996 | T9602067C | 3/5/1996 | 05 - pharmaceutical preparations in International Class 5 | REGISTERED | Kaiser Foundation Health Plan, Inc. |
| SINGAPORE | KAISER | T9602068A | 3/5/1996 | T9602068A | 3/5/1996 | 42 - consultancy services relating to healthcare and healthcare services in International Class | REGISTERED | Kaiser Foundation |

| COUNTRY | Mark with Image | APP NO. | FILE DATE | REG NO. | REG DATE | GOODS / SERVICES | STATUS | OWNER |
|---------|-----------------|---------|-----------|---------|----------|------------------|--------|-------|
| | | | | | | 42 | | Health Plan, Inc. |
| SINGAPORE | KAISER | T9602214E | 3/9/1996 | T9602214E | 3/9/1996 | 35 - business management services relating to the provision of health care services in International Class 35 | REGISTERED | Kaiser Foundation Health Plan, Inc. |
| SINGAPORE | KAISER | T9602217Z | 3/9/1996 | T9602217Z | 3/9/1996 | 09 - computer hardware and computer software for medical applications in International Class 9 | REGISTERED | Kaiser Foundation Health Plan, Inc. |
| SINGAPORE | KAISER PERMANENTE | T9602213G | 3/9/1996 | T9602213G | 3/9/1996 | 35 - business management services relating to the provision of health care services in International Class 35 | REGISTERED | Kaiser Foundation Health Plan, Inc. |
| SINGAPORE | KAISER PERMANENTE | T9602216A | 3/9/1996 | T9602216A | 3/9/1996 | 09 - computer hardware and computer software for medical applications in International Class 9 | REGISTERED | Kaiser Foundation Health Plan, Inc. |
| SINGAPORE | KP Logo | T9602057F | 3/5/1996 | T9602057F | 3/5/1996 | 42 - consultancy services relating to healthcare and healthcare services in International Class 42 | REGISTERED | Kaiser Foundation Health Plan, Inc. |
| SINGAPORE | KP Logo | T9602058D | 3/5/1996 | T9602058D | 3/5/1996 | 36 - insurance underwriting and arranging for and financing of prepaid health care services in International Class 36 | REGISTERED | Kaiser Foundation Health Plan, Inc. |
| SINGAPORE | KP Logo | T9602059B | 3/5/1996 | T9602059B | 3/5/1996 | 10 - crutches, walking frames, oxygen enrichment appartus for medical use, medical apparatus and instruments in International Class 10 | REGISTERED | Kaiser Foundation Health Plan, Inc. |
| SINGAPORE | KP Logo | T9602060F | 3/5/1996 | T9602060F | 3/5/1996 | 05 - pharmaceutical preparations in International Class 5 | REGISTERED | Kaiser Foundation Health Plan, Inc. |

| COUNTRY | Mark with Image | APP NO. | FILE DATE | REG NO. | REG DATE | GOODS / SERVICES | STATUS | OWNER |
|---------|-----------------|---------|-----------|---------|----------|------------------|--------|-------|
| SINGAPORE | KP Logo | T96022121 | 3/9/1996 | T96022121 | 3/9/1996 | 35 - business management services relating to the provisions of health care services in International Class 35 | REGISTERED | Kaiser Foundation Health Plan, Inc. |
| SINGAPORE | KP Logo | T96022215C | 3/9/1996 | T96022215C | 3/9/1996 | 09 - computer hardware and computer software for medical applications in International Class 9 | REGISTERED | Kaiser Foundation Health Plan, Inc. |
| UNITED KINGDOM | KAISER | 2056201 | 2/9/1996 | 2056201 | 6/27/1997 | 10 - surgical, medical, dental and veterinary apparatus and instruments in International Class 10<br><br>35 - business management services relating to the provision of health care services in International Class 35<br><br>36 - insurance underwriting services and health care insurance in International Class 36<br><br>42 - consultancy services relating to medical health care in International Class 42 | REGISTERED | Kaiser Foundation Health Plan, Inc. |
| UNITED KINGDOM | KAISER PERMANENTE | 2056198 | 2/9/1996 | 2056198 | 3/14/1997 | 05 - pharmaceutical, veterinary and sanitary preparations in International Class 5<br><br>09 - computer hardware and computer software in International Class 9<br><br>10 - surgical, medical, dental and veterinary apparatus and instruments in International Class 10<br><br>35 - business management services relating to the provisions of health care services in | REGISTERED | Kaiser Foundation Health Plan, Inc. |

| COUNTRY | Mark with Image | APP NO. | FILE DATE | REG NO. | REG DATE | GOODS / SERVICES | STATUS | OWNER |
|---------|-----------------|---------|-----------|---------|----------|------------------|--------|-------|
| | | | | | | International Class 35<br><br>36 - insurance underwriting services; and health care insurance in International Class 36<br><br>42 - consultancy services relating to medical health care in International Class 42 | | |
| UNITED KINGDOM | KP Logo | 2056197 | 2/9/1996 | 2056197A | 8/28/1998 | 05 - pharmaceutical, veterinary and sanitary preparations in International Class 5<br><br>10 - surgical, medical, dental and veterinary apparatus and instruments in International Class 10 | REGISTERED | Kaiser Foundation Health Plan, Inc. |
| UNITED KINGDOM | KP Logo | 2056197 | 2/9/1996 | 2056197B | 8/28/1998 | 09 - computer hardware and computer software in International Class 9<br><br>35 - business management services relating to the provisions of health care services in International Class 35<br><br>36 - insurance underwriting services; and health care insurance in International Class 36<br><br>42 - consultancy services relating to medical health care in International Class 42 | REGISTERED | Kaiser Foundation Health Plan, Inc. |

# EXHIBIT C

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

Reg. No. 3,506,362

**United States Patent and Trademark Office**    Registered Sep. 23, 2008

## TRADEMARK
### PRINCIPAL REGISTER

## KP HEALTHCONNECT

KAISER FOUNDATION HEALTH PLAN, INC. (CALIFORNIA CORPORATION)
ONE KAISER PLAZA
OAKLAND, CA 94612

FOR: COMPUTER SOFTWARE FOR USE IN MAINTAINING MEDICAL AND OTHER RECORDS OF PATIENTS AND MEMBERS OF AN INTEGRATED HEALTH PLAN AND HEALTHCARE PROVIDER ORGANIZATION AND COMMUNICATING INFORMATION AMONG HEALTH CARE PROFES-

SIONALS AND OTHERS RELATING TO THE CARE OF SUCH PATIENTS AND PLAN MEMBERS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 1-15-2005; IN COMMERCE 1-15-2005.

SN 78-319,951, FILED 10-28-2003.

CAROLYN CATALDO, EXAMINING ATTORNEY

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Friday, June 13, 2014 11:01 PM |
| **To:** | marshallnelson@dwt.com |
| **Subject:** | Official USPTO Notice of Acceptance/Acknowledgement Sections 8 and 15: U.S. Trademark RN 3506362: KP HEALTHCONNECT: Docket/Reference No. 41636-24 |

**Serial Number:** 78319951
**Registration Number:** 3506362
**Registration Date:** Sep 23, 2008
**Mark:** KP HEALTHCONNECT
**Owner:** Kaiser Foundation Health Plan, Inc.

Jun 13, 2014

## NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058. **The Section 8 declaration is accepted.**

## NOTICE OF ACKNOWLEDGEMENT UNDER SECTION 15

The declaration of incontestability filed for the above-identified registration meets the requirements of Section 15 of the Trademark Act, 15 U.S.C. §1065. **The Section 15 declaration is acknowledged.**

**The registration will remain in force for the class(es) listed below for the remainder of the ten-year period, calculated from the registration date, unless canceled by an order of the Commissioner for Trademarks or a Federal Court.**

**Class(es):**
009

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

### REQUIREMENTS FOR MAINTAINING REGISTRATION

**WARNING: Your registration will be canceled if you do not file the documents below during the specified time periods.**

**Requirements in the First Ten Years**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between the 9th and 10th years after the registration date. See 15 U.S.C. §§1058, 1059.

**Requirements in Successive Ten-Year Periods**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date. See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*The USPTO WILL NOT SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS.  THE REGISTRANT SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To view this notice and other documents for this application on-line, go to http://tdr.uspto.gov/search.action?sn=78319951.  NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

Reg. No. 3,473,594

**United States Patent and Trademark Office**    Registered July 22, 2008

## TRADEMARK
### PRINCIPAL REGISTER

**KAISER PERMANENTE**
**HEALTHCONNECT**

KAISER FOUNDATION HEALTH PLAN, INC.
   (CALIFORNIA CORPORATION)
ONE KAISER PLAZA
OAKLAND, CA 94612

  FOR: COMPUTER SOFTWARE FOR USE IN MAINTAINING MEDICAL AND OTHER RECORDS OF PATIENTS AND MEMBERS OF AN INTEGRATED HEALTH PLAN AND HEALTHCARE PROVIDER ORGANIZATION AND COMMUNICATING INFORMATION AMONG HEALTH CARE PROFESSIONALS AND OTHERS RELATING TO THE CARE OF SUCH PATIENTS AND PLAN MEMBERS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

  FIRST USE 1-15-2005; IN COMMERCE 1-15-2005.

  THE ENGLISH TRANSLATION OF THE WORD "PERMANENTE" IS PERMANENT.

  SN 78-319,950, FILED 10-28-2003.

LESLEY LAMOTHE, EXAMINING ATTORNEY

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Friday, June 13, 2014 11:01 PM |
| **To:** | marshallnelson@dwt.com |
| **Subject:** | Official USPTO Notice of Acceptance/Acknowledgement Sections 8 and 15: U.S. Trademark RN 3473594: KAISER PERMANENTE HEALTHCONNECT (Stylized/Design): Docket/Reference No. 41636-24 |

**Serial Number:**  78319950
**Registration Number:**  3473594
**Registration Date:**   Jul 22, 2008
**Mark:**  KAISER PERMANENTE HEALTHCONNECT (Stylized/Design)
**Owner:**  Kaiser Foundation Health Plan, Inc.

Jun 13, 2014

### NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058.  **The Section 8 declaration is accepted.**

### NOTICE OF ACKNOWLEDGEMENT UNDER SECTION 15

The declaration of incontestability filed for the above-identified registration meets the requirements of Section 15 of the Trademark Act, 15 U.S.C. §1065.  **The Section 15 declaration is acknowledged.**

**The registration will remain in force for the class(es) listed below for the remainder of the ten-year period, calculated from the registration date, unless canceled by an order of the Commissioner for Trademarks or a Federal Court.**

**Class(es):**
009

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

---

#### REQUIREMENTS FOR MAINTAINING REGISTRATION

**WARNING: Your registration will be canceled if you do not file the documents below during the specified time periods.**

**Requirements in the First Ten Years**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between the 9th and 10th years after the registration date.  See 15 U.S.C. §§1058, 1059.

**Requirements in Successive Ten-Year Periods**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date.  See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*The USPTO WILL NOT SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS.  THE REGISTRANT SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To view this notice and other documents for this application on-line, go to http://tdr.uspto.gov/search.action?sn=78319950.  NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

Int. Cl.: 42

Prior U.S. Cls.: 100 and 106

**United States Patent and Trademark Office**

Reg. No. 859,812
Registered Nov. 5, 1968
OG Date Mar. 21, 1989

Renewal

## SERVICE MARK
## PRINCIPAL REGISTER

### KAISER

KAISER FOUNDATION HEALTH PLAN, INC. (CALIFORNIA NONPROFIT CORPORATION),
ONE KAISER PLAZA
OAKLAND, CA 94612, ASSIGNEE OF KAISER FOUNDATION HOSPITALS (CALIFORNIA NON-PROFIT CORPORATION), OAKLAND, CA

FOR: HOSPITAL SERVICES, IN CLASS 100 (INT. CL. 42).
FIRST USE 12–31–1953; IN COMMERCE 11–1–1958.
FOR: PRESCRIPTION PHARMACY SERVICES, IN CLASS 106 (INT. CL. 42).
FIRST USE 12–31–1953; IN COMMERCE 11–1–1958.

SER. NO. 248,812, FILED 6–23–1966.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Mar. 21, 1989.*

COMMISSIONER OF PATENTS AND TRADEMARKS

# United States Patent Office

859,812
Registered Nov. 5, 1968

## PRINCIPAL REGISTER
### Service Mark

Ser. No. 248,812, filed June 23, 1966

# KAISER

Kaiser Foundation Hospitals (California nonprofit corporation)
300 Lakeside Drive
Oakland, Calif.  94604

For: HOSPITAL SERVICES, in CLASS 100 (INT. CL. 42).

For: PRESCRIPTION PHARMACY SERVICES, in CLASS 106 (INT. CL. 42).

First use at least as early as Dec. 31, 1953; in commerce at least as early as Nov. 1, 1958.

REGISTRATION NO.             Nov. 5, 1968
                            ISSUED

859812                    **12-C PUB**

RECEIPT IS HEREBY ACKNOWLEDGED OF THE AFFIDAVIT FILED

BY Kaiser Foundation Hospital

ON Nov. 5, 1974

    ☒ SEC. 8 - AFFIDAVIT ACCEPTED
    ☒ SEC. 15 - AFFIDAVIT FILED
    BY DIRECTION OF THE COMMISSIONER

                              ab

JAN 2 3 1975        DIRECTOR, TRADEMARK EXAMINING OPERATION

FORM POL-136 A    Schuyler, Birch, Swindler, McKie &
2-60           Beckett
AFFIDAVIT      1000 Connecticut Ave. NW
ACKNOWLEDGMENT   Washington, Dc   20036

        U. S. DEPARTMENT OF COMMERCE-PATENT OFFICE



# United States of America

## United States Patent and Trademark Office

## KAISER PERMANENTE

**Reg. No. 5,443,438**

**Registered Apr. 10, 2018**

**Int. Cl.: 44**

**Service Mark**

**Principal Register**

Kaiser Foundation Health Plan, Inc. (CALIFORNIA CORPORATION)
One Kaiser Plaza
Oakland, CALIFORNIA 94612

CLASS 44: Providing information on healthcare, wellness, maintaining a healthy lifestyle, disease prevention, and disease management; hospital services; health care services

FIRST USE 10-10-1984; IN COMMERCE 10-10-1984

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 0859812, 1397093, 1787039

SER. NO. 87-705,512, FILED 12-01-2017



Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# KAISER PERMANENTE

**Reg. No. 5,443,412**

**Registered Apr. 10, 2018**

**Int. Cl.: 41**

**Service Mark**

**Principal Register**

Kaiser Foundation Health Plan, Inc. (CALIFORNIA CORPORATION)
One Kaiser Plaza
Oakland, CALIFORNIA 94612

CLASS 41: Educational services, namely, seminars, classes, and online instruction in the field of health care, wellness, maintaining a healthy lifestyle, disease prevention, and disease management

FIRST USE 10-17-2000; IN COMMERCE 10-17-2000

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 0859812, 1397093, 1787039

SER. NO. 87-680,582, FILED 11-10-2017



Director of the United States
Patent and Trademark Office



# United States of America

## United States Patent and Trademark Office

## KAISER PERMANENTE

**Reg. No. 5,573,574**

**Registered Oct. 02, 2018**

**Int. Cl.: 9**

**Trademark**

**Principal Register**

Kaiser Foundation Health Plan, Inc.  (CALIFORNIA CORPORATION)
One Kaiser Plaza
Oakland, CALIFORNIA 94612

CLASS 9: Downloadable software in the nature of a mobile application for locating contact information for health care facilities, scheduling medical appointments, refilling prescriptions, to communicate with health care providers, and review medical records

FIRST USE 7-26-2011; IN COMMERCE 7-26-2011

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

The English translation of "PERMANENTE" in the mark is "permanent".

SER. NO. 87-680,579, FILED 11-10-2017



Director of the United States
Patent and Trademark Office

Int. Cls.: 36 and 42

Prior U.S. Cls.: 100 and 102

## United States Patent and Trademark Office

Reg. No. 1,787,039
Registered Aug. 10, 1993

### SERVICE MARK
### PRINCIPAL REGISTER

## KAISER PERMANENTE

KAISER FOUNDATION HEALTH PLAN, INC. (CALIFORNIA CORPORATION)
ONE KAISER PLAZA
OAKLAND, CA 94612

FOR: ARRANGING FOR AND FINANCING OF PREPAID HEALTH CARE SERVICES, IN CLASS 36 (U.S. CL. 102).

FIRST USE 8-10-1984; IN COMMERCE 10-10-1984.

FOR: HEALTH CARE SERVICES, IN CLASS 42 (U.S. CL. 100).

FIRST USE 8-10-1984; IN COMMERCE 10-10-1984.

OWNER OF U.S. REG. NOS. 859,812, 1,632,556 AND OTHERS.

THE ENGLISH TRANSLATION OF "PERMANENTE" IN THE MARK IS "PERMANENT".

SER. NO. 74-332,168, FILED 11-17-1992.

DARLENE BULLOCK, EXAMINING ATTORNEY

7

**Generated on:** This page was generated by TSDR on 2021-10-12 22:58:01 EDT

**Mark:** KAISER PERMANENTE

| | | | |
|---|---|---|---|
| **US Serial Number:** | 74332168 | **Application Filing Date:** | Nov. 17, 1992 |
| **US Registration Number:** | 1787039 | **Registration Date:** | Aug. 10, 1993 |
| **Register:** | Principal | | |
| **Mark Type:** | Service Mark | | |
| **TM5 Common Status Descriptor:** |  | | LIVE/REGISTRATION/Issued and Active |
| | | | The trademark application has been registered with the Office. |
| **Status:** | The registration has been renewed. | | |
| **Status Date:** | Aug. 03, 2013 | | |
| **Publication Date:** | May 18, 1993 | | |

# Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | KAISER PERMANENTE |
| **Standard Character Claim:** | No |
| **Mark Drawing Type:** | 1 - TYPESET WORD(S) /LETTER(S) /NUMBER(S) |
| **Translation:** | The English translation of "PERMANENTE" in the mark is "permanent". |

# Related Properties Information

| | |
|---|---|
| **Claimed Ownership of US Registrations:** | 0859812, 1160284, 1273099, 1589299, 1632556 and others |

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| **For:** | arranging for and financing of prepaid health care services | | |
| **International Class(es):** | 036 - Primary Class | **U.S Class(es):** | 102 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Aug. 10, 1984 | **Use in Commerce:** | Oct. 10, 1984 |

| | | | |
|---|---|---|---|
| **For:** | health care services | | |
| **International Class(es):** | 042 - Primary Class | **U.S Class(es):** | 100 |

|  |  |  |  |
|---|---|---|---|
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Aug. 10, 1984 | **Use in Commerce:** | Oct. 10, 1984 |

## Basis Information (Case Level)

|  |  |  |  |
|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes |
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

## Current Owner(s) Information

|  |  |
|---|---|
| **Owner Name:** | KAISER FOUNDATION HEALTH PLAN, INC. |
| **Owner Address:** | One Kaiser Plaza<br>Oakland, CALIFORNIA UNITED STATES 94612 |
| **Legal Entity Type:** | CORPORATION |
| **State or Country Where Organized:** | CALIFORNIA |

## Attorney/Correspondence Information

**Attorney of Record**

|  |  |  |  |
|---|---|---|---|
| **Attorney Name:** | Marshall J. Nelson | **Docket Number:** | 41636-24 |
| **Attorney Primary Email Address:** | marshallnelson@dwt.com | **Attorney Email Authorized:** | Yes |

**Correspondent**

|  |  |  |  |
|---|---|---|---|
| **Correspondent Name/Address:** | MARSHALL J. NELSON<br>Davis Wright Tremaine LLP<br>920 Fifth Avenue, Suite 3300<br>Seattle, WASHINGTON UNITED STATES 98104-1610 | | |
| **Phone:** | (206) 757-8098 | **Fax:** | 206-757-7098 |
| **Correspondent e-mail:** | catherinemaxson@dwt.com seatm@dwt.com bren danixdorf@dwt.com emilyeskew@dwt.com | **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Dec. 10, 2018 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Aug. 03, 2013 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Aug. 03, 2013 | REGISTERED AND RENEWED (SECOND RENEWAL - 10 YRS) | 64591 |
| Aug. 03, 2013 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | 64591 |
| Aug. 01, 2013 | TEAS SECTION 8 & 9 RECEIVED | |
| Oct. 01, 2007 | CASE FILE IN TICRS | |
| Jun. 11, 2007 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Jul. 21, 2003 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Dec. 03, 2002 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | |
| Dec. 03, 2002 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | |
| Sep. 05, 2002 | REGISTERED - COMBINED SECTION 8 (10-YR) & SEC. 9 FILED | |
| Sep. 05, 2002 | TEAS SECTION 8 & 9 RECEIVED | |
| Dec. 20, 1999 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | |
| Jul. 13, 1999 | REGISTERED - SEC. 8 (6-YR) & SEC. 15 FILED | |
| Aug. 10, 1993 | REGISTERED-PRINCIPAL REGISTER | |
| May 18, 1993 | PUBLISHED FOR OPPOSITION | |

| Apr. 18, 1993 | NOTICE OF PUBLICATION | |
| Feb. 22, 1993 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Feb. 08, 1993 | ASSIGNED TO EXAMINER | 69249 |
| Feb. 08, 1993 | ASSIGNED TO EXAMINER | 69195 |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** GENERIC WEB UPDATE          **Date in Location:** Aug. 03, 2013

# United States of America

## United States Patent and Trademark Office

 KAISER PERMANENTE

| | |
|---|---|
| **Reg. No. 5,443,439** | Kaiser Foundation Health Plan, Inc. (CALIFORNIA CORPORATION)<br>One Kaiser Plaza |
| **Registered Apr. 10, 2018** | Oakland, CALIFORNIA 94612 |
| **Int. Cl.: 44** | CLASS 44: Providing information on healthcare, wellness, maintaining a healthy lifestyle, disease prevention, and disease management; hospital services; health care services |
| **Service Mark** | FIRST USE 10-10-1984; IN COMMERCE 10-10-1984 |
| **Principal Register** | The mark consists of three vertical half oblong shapes with circles above in varying sizes with the tallest in the middle, second tallest on the left and shortest on the right. At the bottom of the design and overlapping the three images is a stylized depiction of the sun rising with 14 sunrays and to the right of the design are the words "KAISER PERMANENTE". |
| | OWNER OF U.S. REG. NO. 1806395, 1397093, 1787039 |
| | SER. NO. 87-705,545, FILED 12-01-2017 |



Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office



**Reg. No. 5,443,437**

**Registered Apr. 10, 2018**

**Int. Cl.: 44**

**Service Mark**

**Principal Register**

Kaiser Foundation Health Plan, Inc. (CALIFORNIA CORPORATION)
One Kaiser Plaza
Oakland, CALIFORNIA 94612

CLASS 44: Providing information on healthcare, wellness, maintaining a healthy lifestyle, disease prevention, and disease management; hospital services; health care services

FIRST USE 10-10-1984; IN COMMERCE 10-10-1984

The mark consists of three vertical half oblong shapes with circles above in varying sizes with the tallest in the middle, second tallest on the left and shortest on the right. At the bottom of the design and overlapping the three images is a stylized depiction of the sun rising with 14 sunrays.

OWNER OF U.S. REG. NO. 1806395, 1397093

SER. NO. 87-705,510, FILED 12-01-2017



Director of the United States
Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 5,443,432**

**Registered Apr. 10, 2018**

**Int. Cl.: 9**

**Trademark**

**Principal Register**

Kaiser Foundation Health Plan, Inc. (CALIFORNIA CORPORATION)
One Kaiser Plaza
Oakland, CALIFORNIA 94612

CLASS 9: Downloadable software in the nature of a mobile application for locating contact information for health care facilities, scheduling medical appointments, refilling prescriptions, to communicate with health care providers, and review medical records

FIRST USE 7-26-2011; IN COMMERCE 7-26-2011

The mark consists of three vertical half oblong shapes with circles above in varying sizes with the tallest in the middle, second tallest on the left and shortest on the right. At the bottom of the design and overlapping the three images is a stylized depiction of the sun rising with 14 sunrays.

SER. NO. 87-700,371, FILED 11-28-2017



Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office



**Reg. No. 5,443,431**

**Registered Apr. 10, 2018**

**Int. Cl.: 41**

**Service Mark**

**Principal Register**

Kaiser Foundation Health Plan, Inc. (CALIFORNIA CORPORATION)
One Kaiser Plaza
Oakland, CALIFORNIA 94612

CLASS 41: Educational services, namely, seminars, classes, and online instruction in the field of health care, wellness, maintaining a healthy lifestyle, disease prevention, and disease management

FIRST USE 10-17-2000; IN COMMERCE 10-17-2000

The mark consists of three vertical half oblong shapes with circles above in varying sizes with the tallest in the middle, second tallest on the left and shortest on the right. At the bottom of the design and overlapping the three images is a stylized depiction of the sun rising with 14 sunrays.

OWNER OF U.S. REG. NO. 1806395, 1397093

SER. NO. 87-700,362, FILED 11-28-2017



*Andrei Iancu*

Director of the United States
Patent and Trademark Office



# United States of America

## United States Patent and Trademark Office

# KP

**Reg. No. 5,593,073**

**Registered Oct. 30, 2018**

**Int. Cl.: 44**

**Service Mark**

**Principal Register**

Kaiser Foundation Health Plan, Inc.  (CALIFORNIA CORPORATION)
One Kaiser Plaza
Oakland, CALIFORNIA 94612

CLASS 44: Hospital services; providing information on healthcare; health information in the fields of disease prevention, and disease management; providing healthcare services

FIRST USE 7-31-2015; IN COMMERCE 7-31-2015

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 87-493,271, FILED 06-16-2017



Director of the United States
Patent and Trademark Office

# EXHIBIT D



Suite 3300
920 Fifth Avenue
Seattle, WA  98104-1610

**Catherine E. Maxson**
206-757-8098 tel
206-757-7098 fax

catherinemaxson@dwt.com

October 1, 2021

*Via courier and email* (alan@jampol-law.com)

Alan R. Jampol, Esq.
Jampol Law APC
1801 Century Park East, 25th Floor
Los Angeles, California 90067

Re:    Cease and Desist Use of Kaiser Permanente Trademarks

Dear Mr. Jampol:

This firm represents Kaiser Foundation Health Plan, Inc. ("Kaiser") and its affiliated companies in their trademark matters.  Kaiser is the owner of the famous KAISER PERMANENTE trademark which has been associated with health care and medical services, and other related goods and services, for decades and is the subject of multiple trademark registrations in the US Patent & Trademark Office.  *See, e.g.,* Reg. Nos. 5443438, 5443412, 5573574, 1787039.  In addition, Kaiser holds registrations covering its distinctive Happy Family Logo 👪, *see, e.g.,* Reg. Nos. 5443439, 5443437, 5443432, 5443431, and its well-known acronym KP.  *See, e.g.,* 5593073, 5527712, 5885837.  And importantly for the present matter, Kaiser owns an incontestable trademark registration for KP HEALTHCONNECT covering computer software for use in maintaining medical and other records of patients.  *See* Reg. No. 3506362.

As you know from the September 29, 2021 letter from John P. Krave, Esq., Senior Counsel at Kaiser, your client, Mr. Stephan Dean is currently engaging in blatant infringement of Kaiser's valuable trademarks, as well as cybersquatting.  *See* Exhibit A.  Specifically, Mr. Dean has established a website that uses the KAISER PERMANENTE, Happy Family Logo, and KAISER PERMANENTE HEALTH CONNECT trademarks in connection with offering to provide access to and to distribute medical records of Kaiser members and patients.  Such use of marks identical or very similar to Kaiser's trademarks, in connection with offering access to medical records associated with Kaiser's members and patients, plainly will (and was intended to) deceive the public into thinking that your client is associated with or authorized by Kaiser, the essence of trademark infringement and unfair competition under state and federal law. *See* 15 USC §§ 1114(1), 1125(a)(1)(A); Cal. Bus. & Prof. Code § 17200.[1]  Kaiser's remedies for such infringement include damages (which may be trebled), costs, attorneys' fees, your client's profits, and injunctive relief.  *See* 15 USC §§ 1116, 1117(a).

To facilitate this infringement, Mr. Dean has registered the domain name <kphealthconnectusa.com>, which includes all of Kaiser's incontestable KP HEALTHCONNECT trademark plus the generic acronym USA.  Mr. Dean's bad faith registration of <kphealthconnectusa.com> violates the Anticybersquatting Consumer Protection

---

[1] Mr. Dean's misuse of Kaiser's trademarks also constitutes dilution, a further violation of federal law.  15 USC § 1125(c).

4852-9955-7885v.1 0041636-000322

Page 2

Act (15 USC § 1125(d)) and the Uniform Domain-Name Dispute Resolution Policy ("UDRP") which governs Mr. Dean's domain name registration, and provides further remedies to Kaiser, including recovery of actual or statutory damages pursuant to 15 USC § 1117(a) & (d), as well as an order transferring the domain name to Kaiser under 15 USC § 1116 and the UDRP.

In short, and contrary to the statement in your September 27, 2021 letter to Mr. Krave, Kaiser has a strong legal basis for its trademark and domain name claims against Mr. Dean, and no statute of limitations provides a defense against Kaiser's claims.

We hope this matter can be resolved informally and look forward to your prompt response by October 7, 2021.  Please note that this letter is not meant to be a complete statement of facts, and nothing contained herein should be deemed a waiver of Kaiser's rights or defenses, which are expressly reserved.

Sincerely,

Davis Wright Tremaine LLP

Catherine Maxson

cc:     Kaiser Foundation Health Plan, Inc.

4852-9955-7885v.1 0041636-000322

screenshot-kphealthconnectusa.com-2021.10.01-09_57_02
https://kphealthconnectusa.com/
01.10.2021





## Unlock the potential access to thousands of current and past Kaiser Permanente members and patients.

Do you wish to focus attention on a specific Kaiser medical center located in Southern California? Perhaps the Kaiser Baldwin Park Medical Center or Fontana. Through our services you can access multiple clinics, hospitals, and offices associated with Kaiser Permanente in the Southern California region. We can provide you with lists that contain:

- Patients' name
- Medical record number
- Date of birth
- Date of when the patient was admitted into a specific facility.

Complete the form and one of our data and marketing partners will be in touch shortly.

First Name
Last Name
Company
Phone
Email
Additional Information

Send

**- Find The Perfect List For Your Audience -**



Our company can provide a great deal of information for attorneys, doctors, pharmaceutical companies and insurance brokers by providing access to this exclusive Kaiser Permanente market.

Imagine as an insurance broker being able to contact a specific demographic regarding Medicare options. Providing attorneys with a client base for potential class action lawsuits.

## Ready to Find New Customers?

Sign up for FREE and get access to thousands of new potential customers.

## What Are Our Clients Saying?

‹   *"Working with Dean from KP Health Connect has been such a wonderful experience giving us options and working within what we need. He was quick to respond and loved the fact that he followed up with us."*   ›

Cesar J.





KAISER PERMANENTE
HEALTH CONNECT

📞 323-314-9692
✉ kphealthconnect@gmail.com

*KP Healthconnect is a data broker regulated by the California Consumer Privacy Act (CCPA). If you wish to opt out of your personal data being sold for commercial purposes, please contact Kaiser Permanente member services at (800) 464-4000 or visit KP.org."*

Copyright @2021 KP Health Connect, All Rights Reserved.

# EXHIBIT E



Alan R. Jampol, Esq.

1801 Century Park East, 25th Floor
Los Angeles, CA 90067
310.556.9678 o  310.614.4149 c
alan@jampol-law.com
www.jampol-law.com

October 4, 2021

**BY EMAIL ONLY**

Catherine Maxson, Esq.
Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104-1610

     Re:  Stephan Dean; Kaiser Patient Information

Ms. Maxson,

     I have reviewed your letter of October 1, 2021.

     At the outset, I do not know if you are in your firm' Seattle office or in the Los Angeles office or work out of both offices. I say this because I would have thought that you would realize that my son Nicolas is a partner at your firm in the Los Angeles office. I have not discussed this matter with Nicolas and do not intend to do so, but it is something that I think you should know if you do not already (and you did not mention it in your letter). I have not mentioned this matter to Nicolas, so he does not know about it.

     As to the substance, your letter is a prime example of what can happen to a client if the lawyer representing the client does not know enough about the background of the matter to accurately assess the client's legal position. I say that because I find it difficult to believe that you could write a letter like your October 1 letter if you were aware of what predecessors and your client have done regarding Mr. Dean.

     To put it tersely, Kaiser has already agreed in writing that Mr. Dean may use the Kaiser name and logo and, having made that concession (really more by omission than commission) and having dismissed with prejudice its prior lawsuit that sought the same relief you are threatening here, Kaiser has no colorable right to pursue any claim against Mr. Dean.

     I do not want to turn this into a saber-rattling contest, but I am sure you are aware of what can happen if a frivolous Lanham Act claim is made in a federal court – or a frivolous claim (here, under B&PC §17200) is brought in a state court.



Catherin Maxson, Esq.
Davis Wright Tremaine LLP
October 4, 2021
Page No 2

    In order to avoid the significant costs of litigation and inevitable loss of the case, with the undoubtedly huge consequential loss resulting, Kaiser should finally do what it failed to do ten years ago, eight years ago, and since that time – acquire Mr. Dean's computers and/or his business. Why Kaiser failed to do that in the past was, in my opinion, a combination of misdirected corporate arrogance on the part of Kaiser and poor advice from the lawyer representing Kaiser. I know that the second problem will not occur with your firm in the driver's seat, but I suggest that you tell Kaiser that this is now the time to cure the first problem. It will only get worse, and Kaiser will doubtless spend a lot of money on your firm with virtually no chance of success.

    If you genuinely want to see if "this matter can be resolved informally" as you state in the last paragraph of your letter, now is the time. However, Kaiser must at last be realistic. The six-figure ship left port several years ago.

    Sincerely,

Alan R. Jampol of Jampol Law APC

# EXHIBIT F



**DECISION**

Kaiser Foundation Health Plan, Inc. v. Stephan Dean / KP Health Connect
Claim Number: FA2110001969275

**PARTIES**

Complainant is **Kaiser Foundation Health Plan, Inc.** ("Complainant" or "Kaiser"), represented by **Catherine E. Maxon** of **Davis Wright Tremaine LLP**, Washington, USA. Respondent is **Stephan Dean / KP Health Connect** ("Respondent"), represented by **Jampol Law APC**, California, USA.

**REGISTRAR AND DISPUTED DOMAIN NAME**

The domain name at issue is **<kphealthconnectusa.com>** (the "Domain Name"), registered with **NameCheap, Inc.**.

**PANEL**

The undersigned certify that they have acted independently and impartially and to the best of their knowledge have no known conflict in serving as Panelist in this proceeding.

Michael A. Albert, James H. Grossman, and Gerald M. Levine (Chair) as Panelists.

**PROCEDURAL HISTORY**

Complainant submitted a Complaint to the Forum electronically on October 15, 2021; the Forum received payment on October 15, 2021.

On October 15, 2021, NameCheap, Inc. confirmed by e-mail to the Forum that the **<kphealthconnectusa.com>** Domain Name is registered with NameCheap, Inc. and that Respondent is the current registrant of the name. NameCheap, Inc. has verified that Respondent is bound by the NameCheap, Inc. registration agreement and has thereby agreed to resolve domain disputes brought by third parties in accordance with ICANN's Uniform Domain Name Dispute Resolution Policy (the "Policy").

On October 20, 2021, the Forum served the Complaint and all Annexes, including a Written Notice of the Complaint, setting a deadline of November 9, 2021 by which Respondent could file a Response to the Complaint, via e-mail to all entities and persons listed on Respondent's registration as technical, administrative, and billing contacts, and to postmaster@kphealth connectusa.com. Also on October 20, 2021, the Written Notice of the Complaint, notifying Respondent of the e-mail addresses served and the deadline for a Response, was transmitted to

1

Respondent via post and fax, to all entities and persons listed on Respondent's registration as technical, administrative and billing contacts.

A timely Response was received and determined to be complete on November 9, 2021.

On November 29, 2021, pursuant to Complainant's request to have the dispute decided by a three-member Panel, the FORUM appointed Michael A. Albert, James H. Grossman, and Gerald M. Levine (Chair) as Panelists.

Having reviewed the communications records, the Administrative Panel (the "Panel") finds that the FORUM has discharged its responsibility under Paragraph 2(a) of the Rules for Uniform Domain Name Dispute Resolution Policy (the "Rules") "to employ reasonably available means calculated to achieve actual notice to Respondent" through submission of Electronic and Written Notices, as defined in Rule 1 and Rule 2. Therefore, the Panel may issue its decision based on the documents submitted and in accordance with the ICANN Policy, ICANN Rules, the FORUM'S Supplemental Rules and any rules and principles of law that the Panel deems applicable.

**RELIEF SOUGHT**

Complainant requests that the Domain Name be transferred from Respondent to Complainant.

**PARTIES' CONTENTIONS**

A. Complainant

Kaiser is a non-profit public benefit corporation. It provides health care services to its members through Kaiser Foundation Hospitals ("KFH") (a non-profit public benefit corporation) and eight independent medical groups (the "Permanente Medical Groups" or "PMGs"). Collectively, these separate legal entities, Kaiser, KFH, and PMGs, operate under the trade name and trademark "Kaiser Permanente." The system known as the Kaiser Permanente Medical Care Program comprises one of the largest health care providers in the United States, serving over 12 million pre-paid health care plan members in Hawaii, Washington, Oregon, California, Colorado, Maryland, Virginia, Georgia, and the District of Columbia.

Kaiser alleges that its history with Respondent goes back to 2009. In that year and again in 2010, Kaiser retained Respondent (doing business as Sure File) to store, decommission, and process paper copies of medical records associated with Kaiser patients. The parties' relationship quickly soured, and eventually resulted in a lawsuit filed by Kaiser in 2012. As the complaint filed in that lawsuit reflects, the parties' dispute solely related to Respondent's processing and retention of Kaiser's medical records, and payments associated with Respondent's services provided to Kaiser, and at no time did the dispute concern rights to use the Kaiser trademarks ("Marks") or logo.

2

Respondent registered **<kphealthconnectusa.com>** on August 21, 2021**.** It displays the Kaiser Mark and logo on the landing page of the associated website and is intended to sow confusion. Complainant asserts that the registration of the disputed Domain Name is part of Respondent's long running campaign to try to pressure Kaiser into paying Respondent more money. Kaiser states that Respondent's attorney, Respondent's representative in this proceeding, recently made this obvious in correspondence in which he clearly implied that Kaiser would need to spend more than "six figure[s]" to get Respondent to relinquish the Domain Name and to take down the associated website. He said: "if you genuinely want to see if 'this matter can be resolved informally' as you state in the last paragraph of your letter, now is the time. However, Kaiser must be realistic. The six-figure ship left port several years ago" (letter dated October 4, 2021 from Alan R. Jampol, Esq. to Catherine E. Maxson, Esq.)

Kaiser continues, "Bizarrely, in this letter Respondent's attorney claims that Kaiser granted his client permission "in writing" to use the "Kaiser name and logo," a blatantly incorrect statement. The Panel notes that Mr. Jampol then continues with the following statement: "I do not want to turn this into a saber-rattling contest, but I am sure you are aware of what can happen if a frivolous Lanham Act claim is made in a federal court."

B. Respondent

Respondent states that Kaiser's claim is outside the scope of the UDRP for the following reasons: 1) There is no issue as to who owns the Domain Name – Dean owns it, registered it, and pays for it. Kaiser has no interest in the Domain Name; 2) Dean is not competing with Kaiser or trying to steal Kaiser's members – in other words, Dean is not "cybersquatting". He has a legitimate interest in using the domain name and legal right to do so; 3) The domain name is not being used in bad faith or even wrongfully. Dean is simply doing what he is legally entitled to do.

Respondent continues: "The Domain Name is but one aspect of the permitted and legitimate use by Dean of Kaiser's trademark and service mark, which Dean acquired as set forth in his section 2 argument. He ends this recitation by advising the Panel that its jurisdiction "is limited to providing a remedy in cases of 'the abusive registration of domain names,' also known as 'cybersquatting' . . . " and assures the Panel that "Dean is assuredly not a cybersquatter, and this matter is not properly resolved under the UDRP."

Respondent draws the Panel's attention to a Settlement Agreement between Kaiser and Respondent effective March 24, 2011 and refers to a lawsuit filed in 2012. It also attaches a draft of Paragraph 13 deleting several lines of text that according to Respondent supports its contention that Complainant granted it the right to use its trademark and logo: "To put it tersely, Kaiser has already agreed in writing that Mr. Dean may use the Kaiser name and that having made that

concession (really more by omission than commission) . . . Kaiser has no colorable right to pursue any claim against Mr. Dean."

Respondent concludes by stating that "[t]his is not a case governed by ICANN or the UDRP. Respondent ('Dean') does not compete with Complainant ('Kaiser') or challenge the validity of Kaiser's trademark registrations as reflected in the Amended Complaint."

C. Additional Submissions
Complainant submitted an additional submission to the FORUM electronically on November 16, 2021. As it simply reiterates its argument and provides no additional evidence for the Panel's consideration it is not accepted into the record.

**FINDINGS**

Respondent states that "this is not a case governed by ICANN or the UDRP.  However, the Panel finds that this dispute is squarely within the scope of the UDRP. As such the Panel has jurisdiction to resolve the dispute.

On the totality of evidence presented by the parties,  the Panel finds as follows:
1.  The disputed Domain Name is confusingly similar to Complainant's mark;

2.  Respondent lacks rights or legitimate interests in **<kphealthconnectusa.com>**; and

3.  Respondent registered and is using the disputed Domain Name in bad faith.

**DISCUSSION**

Paragraph 15(a) of the Rules instructs this Panel to "decide a complaint on the basis of the statements and documents submitted in accordance with the Policy, these Rules and any rules and principles of law that it deems applicable."

Paragraph 4(a) of the Policy requires that Complainant must prove each of the following three elements to obtain an order that a domain name should be cancelled or transferred:

(i)  the domain name registered by Respondent is identical or confusingly similar to a trademark or service mark in which Complainant has rights; and
(ii) Respondent has no rights or legitimate interests in respect of the domain name; and
(iii) Respondent registered and is using the disputed domain name in bad faith; in other words it is cybersquatting Complainant's marks and has made a false certification that "the information contained in the Response is to the best of Respondent's knowledge complete and accurate, [and] that the Response is not being presented for any improper purpose, such as to harass [the Complainant.]"

4

**Identical and/or Confusingly Similar**

Respondent does not dispute that the Domain Name is identical or confusingly similar to Complainant's Marks and service marks in which Complainant has definitive rights. He also does not dispute that the domain name postdates Complainants' Marks and services marks by many decades. Indeed, the fact that the disputed Domain Name is identical or confusingly similar to Complainant's marks was precisely Respondent's reason for registering it.

Accordingly, Complainant satisfies Paragraph 4(a)(i) of the UDRP.

**Rights or Legitimate Interests**

Complainants satisfy their burden of proof under Para. 4(a)(ii) by presenting a *prima facie* case that Respondent lacks rights or legitimate interests in the Domain Name, and if that burden is carried out, Respondents have the right to offer rebutting evidence that they have either rights or legitimate interests in the disputed domain name. *See AOL LLC v. Gerberg,* FA 780200 (FORUM September 25, 2006); *JUUL Labs, Inc. v. Dryx Emerson / KMF Events LTD*, FA190600 1849706 (FORUM July 17, 2019) ("According to the majority of Panel decisions this Panel also takes the position that while Complainant has the burden of proof on this issue, once the Complainant has made a prima facie showing, the burden of production shifts to the Respondent to show by providing concrete evidence that it has rights to or legitimate interests in the domain name at issue.").

Here, Complainant contends it has not authorized Respondent to use the trademark, that Respondent is not known by the name it has chosen for the disputed Domain Name, and that Respondent is not using the Domain Name in a noncommercial or fair use way. See *Time Inc. v. Max Martel*, D2004-0122 (WIPO May 4, 2004) (<sportsbook illustrated.com>. "[T]here is no circumstance under which the Respondent, unless authorized by the Complainant, could legitimately use the Domain Name under dispute incorporating the [Complainant's] mark without creating a false impression of an association with the Complainant.").

The Panel has reviewed Respondent's website and finds that it has all the trappings of being an official website of Complainant. It comes complete with the Kaiser Permanente logo and service mark and is offering to provide "potential access to thousands or current and past Kaiser Permanente members and patients."

Complainant's contentions are credible in light of Respondent's use of the Domain Name to resolve to a website that pretends to be officially sponsored by Complainant. Accordingly, the Panel finds that Complainant has submitted sufficient evidence to demonstrate a *prima facie* case that Respondent lacks rights or legitimate interests in the challenged domain name.

The UDRP provides a set of three nonexclusive circumstances any one of which if demonstrated would support rights or legitimate interests in the disputed Domain Name. Here, Respondent's rebuttal evidence falls well short of rebutting Complainant's proof. Therefore, it is unnecessary to examine his contentions at any great length.

Respondent contends that "Dean is simply doing what he is legally entitled to do." He asserts that "Dean owns [the disputed Domain Name], registered it, and pays

5

for it." These contentions are not proof that Respondent has either rights or legitimate interests in the disputed domain name. While a party may have a preemptive right to an available domain name that by happenstance corresponds to a complainant's mark it does not have a right to register a domain name that without justification targets a mark owner's rights in a distinctive mark.

Thus, while Respondent is fulsome in contending that he has a contractual and legal right to register the disputed Domain Name, he does not explain how this could be consistent with his use of it to offer a service that would be inconsistent with Complainant's mission and likely to raise actionable claims of violating members' and patients' privacy rights.

The right Respondent alleges is purportedly based on a Settlement Agreement. The Panel has carefully examined this document and finds that it does not contain any provision that grants Respondent a right to use Complainant's trademark or logo. Respondent also claims that an earlier draft provision in the Settlement Agreement establishes its right to use the Complainant's mark and logo. It shows that Complainant deleted the words: ""Except as set forth above, without the prior written consent of KP, Surefile [Dean] shall not use in advertising or publicity the trade names, service, marks, or logo of KP, the Kaiser Permanente Medical Care Program or any affiliates." This deletion according to Respondent is equivalent to granting rights to the marks or logo of KP. This is incorrect. The Settlement Agreement relates to the settlement of specific claims. Thus, the deletion of an express denial that a party may use an owner's mark and logo that is not inclusive to those claims is not magically transformed into an affirmative authorization that it has any right to do so.

For these reasons, Respondent lacks rights or legitimate interests in the disputed domain name. Accordingly, Complainant satisfies on Paragraph 4(a)(ii) of the Policy.

### Registration and Use in Bad Faith

It is, of course, not sufficient that a complainant succeeds in demonstrating that respondent lacks rights or legitimate interests, but Para. 4(a)(iii) requires that it must also prove that respondent both registered the disputed domain name in bad faith and is using it in bad faith.

There are four nonexclusive circumstances any of which if proved establishes abusive registration. Para. 4(b) of the Policy states that "[f]or the purposes of Paragraph 4(a)(iii), the following circumstances, in particular but without limitation, if found by the Panel to be present, shall be evidence of the registration and use of a domain name in bad faith."

The two relevant circumstance in this case are subparagraphs 4(b)(i) and 4(b)(iv). They read as follows:

(i)  circumstances indicating that the respondent has registered or acquired the domain name primarily for the purpose of selling, renting, or otherwise transferring the domain name to the complainant who is the owner of the trademark or service mark or to a competitor of that complainant, for valuable

6

consideration in excess of the respondent's documented out-of-pocket costs directly related to the domain name; or

. . .

(iv) by using the domain name, you have intentionally attempted to attract, for commercial gain, Internet users to your web site or other on-line location, by creating a likelihood of confusion with complainant's mark as to the source, sponsorship, affiliation, or endorsement of your web site or location or of a product or service on your web site or location."

Respondent makes much of two arguments already alluded to above, but avoids addressing subparagraphs 4(b)(i) and 4(b)(iv). Instead the arguments veer to issues long settled and irrelevant to the present dispute. Concerning subparagraph 4(b)(i), a respondent is found to have registered the disputed domain name "primarily for the purpose of" extorting a benefit from the trademark owner. Here, Respondent expressly puts Complainant on notice that in exchange for the disputed domain name it is looking for a six-figure settlement.

As Complainant has made this letter a part of the record, it would have been expected if it were untrue that Respondent would explain its intent and deny the contention, but it has taken a different tack which indirectly acknowledges the truth of its motive. See *Grace From Fire, LLC v. ConnectDomain.com Worldwide domains, Inc*. D2010-0143 (WIPO March 9, 2010) ("Given the prior relations between the parties, the Panel finds that the Respondent did not act in good faith when it took the disputed domain name from the Complainant apparently in order to exert pressure with respect to unresolved commercial issues"); *Coppertown Drive-Thru Systems, LLC v. R Snowden*, FA0605000715089 (FORUM July 17, 2006) ("Respondent's rather frank admission that he intends to use the disputed domain name to leverage compensation for copyright materials allegedly taken from his website suggests that the motive was to use the domain name as a bargaining means for another dispute. This is improper and in the Panel's view is a clear illustration of bad faith.").

As to subparagraph 4(b)(iv), Respondent does not disguise its intentions to attract Internet users for commercial gain, although here the commercial gain is using Internet users as pawns to put pressure on Complainant to settle alleged continuing differences. See *National Securities Corporation v. Registration Private, Domains By Proxy, LLC / Ridgeway Support, Richard (Rick) Garber*, D2018-02190 (WIPO March 23, 2018)("[I]t appears likely that the Respondent registered the Domain Name and immediately used it as leverage in the Garbers' dispute with the Complainant, to add pressure for a settlement because of the potentially disruptive value of the Domain Name."); *Smooch Labs Inc. v. Steven Nerayoff*, FA2104001940627 (FORUM May 10, 2021)
Respondent's primary intent in registering and continuing to use the Domain Name is less important than the effect of his conduct. Respondent knew or should have known the disruptive impact his conduct would have upon Complainant's

business. Respondent went forward with his plans in spite of that and this demonstrates bad faith.").

Respondent's final argument, which the Panel finds equally without merit is that the General Release associated with the Settlement Agreement "released all claims (present and future) of any kind . . . in any way related to or arising out of [an earlier agreement] or the parties' relationship." Apparently, this issue concerning the extensiveness in time of the General Release was argued to the Court in 2012, and the Court found that "the language within the Settlement Agreement establishes as a matter of law there was a release of all of the claims *that are alleged in the plaintiff's complaint*."

As to the present claim for cybersquatting and the corresponding defense of legal and contractual right, Complainant could not possibly have made a claim of cybersquatting eleven years before it actually occurred. Thus, the Settlement Agreement and associated General Release executed in respect to an earlier and unrelated claim has no bearing on the issues before this Panel, and for this reason it is likewise rejected.

We have in this dispute a Respondent who admits in his representative's letter to an ulterior motive for registering the disputed domain name, namely, to extract a settlement in a six-figure amount. Thus, for all the reasons set forth above, the record amply demonstrates that Respondent registered and is using the disputed Domain Name in bad faith.

Accordingly, Complainant succeeds on its Paragraph 4(a)(iii) burden.

**DECISION**

Having established all three elements required under the ICANN Policy, the Panel concludes that relief shall be **GRANTED**.

Accordingly, it is Ordered that the **<kphealthconnectusa.com>** domain name be **TRANSFERRED** from Respondent to Complainant.

Michael A. Albert, James H. Grossman, and Gerald M. Levine (Chair), Panelists
Dated: December 7, 2021

Click Here to return to the main Domain Decisions Page.

Click Here to return to our Home Page

8

# EXHIBIT G

Kaiser Permanente USA – KP Health Connect                                    2/16/2022, 4:52 PM





## Unlock the potential access to thousands of current and past Kaiser Permanente members and patients.

Complete the form and one of our data and marketing partners will be in touch shortly.

Do you wish to focus attention on a specific Kaiser medical center located in Southern California? Perhaps the Kaiser Baldwin Park Medical Center or Fontana. Through our services you can access multiple clinics, hospitals, and offices associated with Kaiser Permanente in the Southern California region. We can provide you with lists that contain:

First Name

Last Name

Company

Phone

Email

- ● Patients' name
- ● Medical record number
- ● Date of birth
- ● Date of when the patient was admitted into a specific facility.

Additional information

Send



**- Find The Perfect List For Your Audience -**



## KAISER PERMANENTE®

Our company can provide a great deal of information for attorneys, doctors, pharmaceutical companies and insurance brokers by providing access to this exclusive Kaiser Permanente market.

Imagine as an insurance broker being able to contact a specific demographic regarding Medicare options. Providing attorneys with a client base for potential class action lawsuits.

## Ready to Find New Customers?

**Sign up for FREE and get access to thousands of new potential customers.**

EXHIBIT G - Page 4

https://patientlists.org/

Kaiser Permanente USA – KP Health Connect                                    2/16/2022, 4:52 PM



## What Are Our Clients Saying?

*"Working with Dean from KP Health Connect has been such a wonderful experience giving us options and working within what we need. He was quick to respond and loved the fact that he followed up with us."*

**Cesar J.**



☎ 323-314-9692
✉ kphealthconnect@gmail.com

*__KP Healthconnect__ is a data broker regulated by the California Consumer Privacy Act (CCPA). If you wish to opt out of your personal data being sold for commercial purposes, please contact Kaiser Permanente member services at (800)-464-4000 or visit KP.org."*

Copyright @2021 KP Health Connect, All Rights Reserved.

EXHIBIT G - Page 5

https://patientlists.org/