# EXHIBIT F

Case 5:25-cv-02938-MCS-DTB     Document 6-9     Filed 10/30/25     Page 1 of 3     Page ID #:464

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHAN DEAN and LIZA DEAN, Individually and DBA SUREFILE FILING SYSTEMS,<br><br>Plaintiffs,<br><br>v.<br><br>KAISER FOUNDATION HEALTH PLAN, INC., KAISER FOUNDATION HOSPITALS, and Does 1-50 Inclusive,<br><br>Defendants.<br><br>AND RELATED COUNTER-CLAIMS. | Case No. 5:22-cv-00278-MCS-SHK<br><br>[~~PROPOSED~~] ORDER ON STIPULATION REGARDING ATTORNEY'S FEE AWARD ON DEFENDANTS KAISER FOUNDATION HEALTH PLAN, INC.'S AND KAISER FOUNDATION HOSPITALS' SPECIAL MOTION TO STRIKE (ECF No. 33) |

Upon considering the stipulation between Plaintiffs Stephan Dean and Liza Dean, individually and doing business as SureFile Filing Systems ("Plaintiffs"), and Defendants Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Hospitals ("Defendants"), and good cause appearing, the Court hereby orders as follows:

1. Plaintiffs shall pay Defendants $50,804.89 in attorney's fees Defendants expended in pursuing their motion to strike.

2. Plaintiffs' payment of $50,804.89 shall be due to Defendants within fifteen days of this order.

3. Stephan Dean, Liza Dean, and SureFile Filing Systems shall each be jointly and severally liable for the full payment to Defendants of the $50,804.89 fee award set forth herein.

IT IS SO ORDERED.

DATED: April 12, 2022

                                       *Mark C. Scarsi*
                                  MARK C. SCARSI
                                  U.S. DISTRICT JUDGE