Name: Stephan C. Dean DBA Surefile Filing Sys.
Address: 37-187 Bankside Dr. #2
Cathedral City, CA 92234
Phone Number: 323.314.9692
Email Address: surefile@msn.com
Pro Se

FILED
CLERK, U.S. DISTRICT COURT
NOV - 4 2025
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION     BY DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Stepan C. Dean and Liza D. Dean, individually known and DBA Surefile Filing Systems

PLAINTIFF(S)

v.

Kaiser Foundation Health Plan, Inc.
Kaiser Foundation Hospitals, and
Does 1-50 Inclusive

DEFENDANT(S)

CASE NUMBER: 25-10142
5:25-cv-02938-JGB-DTB

**APPLICATION FOR PERMISSION FOR ELECTRONIC FILING**

As the ☑ Plaintiff ☐ Defendant in the above-captioned matter, I respectfully ask the Court for permission to participate in electronic filing ("e-filing") in this case. I hereby affirm that:

1. I have reviewed Local Rule 5-4.1.1 and the instructions available on the Court's website at www.cacd.uscourts.gov/e-filing/electronic-filing-and-case-access-people-without-lawyers.

2. I understand that once I register for e-filing, I will receive notices and documents in Central District cases only by e-mail and not by U.S. mail.

3. I understand that if my use of the Court's e-filing system is unsatisfactory, my e-filing privileges may be revoked and I will be required to file documents in paper, but will continue to receive documents via e-mail.

4. I understand that I may not e-file on behalf of any other person in this or any other case.

5. I have regular access to the technical requirements necessary to e-file successfully:
   *Check all that apply.*
   ☑ A Computer with internet access.
   ☑ An email account on a daily basis to receive notifications from the Court and notices from the e-filing system.
   ☑ A scanner to convert documents that are only in paper format into electronic files.
   ☑ A printer or copier to create required paper copies such as chambers copies.
   ☑ A word-processing program to create documents; and
   ☑ A PDF reader and a PDF writer to convert word processing documents into PDF format, the only electronic format in which documents can be e-filed.

Date: 11/4/25          Signature: [signed]

CV-005 (02/20)         APPLICATION FOR PERMISSION FOR ELECTRONIC FILING