Name: Liza D. Dean, DBA Surefile Filing Systems

Address: 37-187 Bankside #2

Cathedral City CA 92234

Phone Number: 323-314-9693

Email Address: Surefile@MSN.com

*Pro Se*

FILED
CLERK, U.S. DISTRICT COURT

NOV - 4 2025

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION          BY DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Liza D. Dean,
DBA Surefile Filing Systems

PLAINTIFF(S)

v.

Kaiser Foundation Healthplan, Inc.,
Kaiser Foundation Hospitals, Inc., and
Does 1-50 Inclusive

DEFENDANT(S)

CASE NUMBER

25-10142

**5:25-cv-02938-JGB-DTB**

**APPLICATION FOR PERMISSION
FOR ELECTRONIC FILING**

As the ☑ Plaintiff ☐ Defendant   in the above-captioned matter, I respectfully ask the Court for
permission to participate in electronic filing ("e-filing") in this case. I hereby affirm that:

1. I have reviewed Local Rule 5-4.1.1 and the instructions available on the Court's website at
   www.cacd.uscourts.gov/e-filing/electronic-filing-and-case-access-people-without-lawyers.

2. I understand that once I register for e-filing, I will receive notices and documents in Central District cases
   only by e-mail and not by U.S. mail.

3. I understand that if my use of the Court's e-filing system is unsatisfactory, my e-filing privileges may be
   revoked and I will be required to file documents in paper, but will continue to receive documents via e-mail.

4. I understand that I may not e-file on behalf of any other person in this or any other case.

5. I have regular access to the technical requirements necessary to e-file successfully:
   *Check all that apply.*

   ☑ A Computer with internet access.

   ☑ An email account on a daily basis to receive notifications from the Court and notices from the
   e-filing system.

   ☑ A scanner to convert documents that are only in paper format into electronic files.

   ☑ A printer or copier to create required paper copies such as chambers copies.

   ☑ A word-processing program to create documents; and

   ☑ A PDF reader and a PDF writer to convert word processing documents into PDF format, the only
   electronic format in which documents can be e-filed.

Date: 11-4-26                    Signature: Liza D. Dean

CV-005 (02/20)                    APPLICATION FOR PERMISSION FOR ELECTRONIC FILING