```
1  Stephan C. Dean and Liza D. Dean
   DBA Surefile Filing Systems
2  37187 Bankside Dr. #2
   Cathedral City, CA 92234
3  323-314-9692
   surefile@msn.com
4
```

FILED
CLERK, U.S. DISTRICT COURT
NOV - 4 2025
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHAN DEAN and LIZA DEAN, individually known and DBA SUREFILE FILING SYTEMS, <br><br>Plaintiff(s), <br><br>vs. <br><br>KAISER FOUNDATION HEALTH PLAN, INC., KAISER FOUNDATION HOSPITALS, and Does 1-50 Inclusive <br><br>Defendant(s). | Case No. 25-10142   5:25-cv-02938-JGB-DTB<br><br>Removed from Riverside Superior Court, Case No. CVPS2507250<br><br>**PROOF OF SERVICE**<br><br>[Complaint filed: October 3, 2025] |

- 1 -

INSERT DOCUMENT TITLE (e.g., MOTION TO STRIKE)

PROOF OF SERVICE

**Stephan Dean et al v Kaiser Foundation Health Plan, Inc. et al.**

STATE OF CALIFORNIA, COUNTY OF RIVERSIDE

I am employed in the County of RIVERSIDE, State of California. I am over the age of 18 and not a party to the within action. My address is 46975 Highland Palms Dr., La Quinta, CA 92253.

On November 3, 2025, I served the following document(s) described as

1. **NOTICE OF MOTION**

2. **MOTION TO REMAND/MOTION FOR RECONSIDERATION**

3. **ORDER GRANTING PLAINTIFFS MOTION**

on the interested parties in this action as follows:

| | |
|---|---|
| Jack Burns<br>501 West Broadway, 18th Floor<br>San Diego, CA 92101 | Email: JBurns@sheppardmullin.com<br>Attorney for Kaiser Foundation Health Plan and Kaiser Foundation Hospitals |

[X] **BY E-MAIL OR ELECTRONIC TRANSMISSION** - I transmitted a PDF version of these documents by electronic mail to be sent from aud.dominguez@gmail.com to the party(s) identified in the service list using the e-mail address(es) indicated.

[X] **BY OVERNIGHT DELIVERY** - I enclosed the documents in an envelope or package provided by the overnight delivery service and addressed to the persons listed on the service list. I then placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery service, or delivered the documents to a courier or driver authorized by the carrier to receive such packages.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 3, 2025 at Riverside, California.

_Audrey Dean_
Audrey Dean

PROOF OF SERVICE