SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
JILL PIETRINI, Cal. Bar No. 138335
PAUL BOST, Cal. Bar No. 261531
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067
Telephone: 310.228.3700
Facsimile: 310.228.3701
Email      JPietrini@sheppardmullin.com
             PBost@sheppardmullin.com

JOHN F. BURNS, Cal. Bar No. 290523
501 West Broadway, 18th Floor
San Diego, CA 92101
Telephone: 619.338.6588
Facsimile: 619.515.4182
Email:     JBurns@sheppardmullin.com

*Attorneys for Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Hospitals*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| Stephan Dean and Liza Dean, Individually and DBA SureFile Filing Systems,<br><br>      Plaintiffs,<br><br>   v.<br><br>Kaiser Foundation Health Plan, Inc., Kaiser Foundation Hospitals, and Does 1-50 Inclusive,<br><br>      Defendants. | Case No. 5:25-cv-02938-JGB-DTB<br>Hon. Jesus G. Bernal<br><br>**DEFENDANTS KAISER FOUNDATION HEALTH PLAN, INC.'S AND KAISER FOUNDATION HOSPITALS' <u>RE-NOTICE</u> OF MOTION AND MOTION (1) TO DISMISS; (2) TO STRIKE UNDER CALIFORNIA CODE OF CIVIL PROC. § 425.16; AND (3) FOR ATTORNEY'S FEES**<br><br>Hearing:<br>Date:     Dec. 1, 2025<br>Time:    9:00 a.m.<br>Courtroom: 1 |

-1-

SMRH:4900-1029-9251.2

TO THE ABOVE-CAPTIONED COURT AND TO PLAINTIFF AND ALL ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendants Kaiser Foundation Health Plan and Kaiser Foundation Hospitals (collectively, "Kaiser") hereby **re-notices** the currently-pending motion to dismiss and to strike (Docket Entry Number 6) as follows:

**This notice of motion is identical in all relevant respects to the one Kaiser filed on October 30, 2025 in accordance with the timing set forth in Fed. R. Civ. Proc. 81(c)(2). Kaiser files this re-notice to provide updated information on the hearing location in light of the assignment of this matter on November 3, 2025 (Docket Entry Number 8).**

At 9:00 a.m. on December 1, 2025, or as soon thereafter as this matter may be heard, in Courtroom 1 of the above-captioned Court, located at 3470 Twelfth Street Riverside, California 92501, the Honorable Jesus G. Bernal presiding, Kaiser will and hereby does move for an order: (i) dismissing the complaint of Stephan and Liza Dean, dba SureFile Filing Systems (collectively, "Plaintiffs") pursuant to Fed. R. Civ. P. 12(b)(6); (2); (ii) striking the cause of action for breach of contract under Cal. Civ. Proc. Code § 425.16; and (iii) awarding Kaiser its attorneys' fees and costs under Cal. Civ. Proc. Code § 425.16(c).

Kaiser moves to dismiss on the ground that the complaint does not state a claim upon which relief may be granted under Fed. R. Civ. P. 12(b)(6). The motion to strike and for attorney's fees is made because Plaintiffs' contract claim arises out of Kaiser's petitioning activities in an official proceeding authorized by law under Cal. Civ. Proc. Code § 425.16(e)(1) and Kaiser's exercise of its First Amendment rights in connection with an issue of public concern or public interest under Cal. Civ. Proc. Code § 425.16(e)(4). The burden thus shifts to Plaintiffs to prove a prima facie case. They cannot meet that burden because the claims alleged in the complaint do not state a claim upon which relief may be granted under Fed. R. Civ. Proc. 12(b)(6).

SMRH:4900-1029-9251.2

This motion is based on: (i) this Notice; (ii) the Memorandum of Points and Authorities, declaration of John F. Burns, Request for Judicial Notice, and exhibits filed in Docket Entry Number 6; and (iii) all pleadings, papers, and other documentary materials in the Court's file for this action, those matters of which this Court may or must take judicial notice, and such other matters as this Court may consider in connection with the hearing on this matter.

This motion is made following the conference of counsel pursuant to L.R. 7-3 that took place on October 22, 2025.

Respectfully submitted,

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

Dated: November 5, 2025          By  */s/ John Burns*
                                     Jill Pietrini
                                     Paul Bost
                                     John Burns
                                     Attorneys for Defendants
                                     Kaiser Foundation Health Plan, Inc. and
                                     Kaiser Foundation Hospitals

SMRH:4900-1029-9251.2