SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
JILL PIETRINI, Cal. Bar No. 138335
PAUL BOST, Cal. Bar No. 261531
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067
Telephone: 310.228.3700
Facsimile: 310.228.3701
Email      JPietrini@sheppardmullin.com
JOHN F. BURNS, Cal. Bar No. 290523
501 West Broadway, 18th Floor
San Diego, CA 92101
Telephone: 619.338.6588
Facsimile: 619.515.4182
Email:     JBurns@sheppardmullin.com

*Attorneys for Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Hospitals*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| Stephan Dean and Liza Dean, Individually and DBA SureFile Filing Systems,<br><br>        Plaintiffs,<br><br>  v.<br><br>Kaiser Foundation Health Plan, Inc., Kaiser Foundation Hospitals, and Does 1-50 Inclusive,<br><br>        Defendants. | Case No. 5:25-cv-02938-JGB-DTB<br>Hon. Jesus G. Bernal<br>**DEFENDANTS KAISER FOUNDATION HEALTH PLAN, INC.'S AND KAISER FOUNDATION HOSPITALS' NOTICE OF MOTION AND MOTION FOR AN ORDER: (1) DECLARING PLAINTIFFS VEXATIOUS LITIGANTS; AND (2) IMPOSING PRE-FILING CONDITIONS**<br>*[Filed Concurrently With Memorandum of Points and Authorities, Declaration of John Burns, Exhibits, and Proposed Order]*<br>Hearing:<br>Date:     December 8, 2025<br>Time:    9:00 a.m.<br>Courtroom: 1 |

SMRH:4902-7505-3175.1

**TO THE ABOVE-CAPTIONED COURT AND TO PLAINTIFF AND ALL ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that at 9:00 a.m. on December 8, 2025, or as soon thereafter as this matter may be heard, in Courtroom 1 of the above-captioned Court, located at 3470 Twelfth Street Riverside, California 92501, the Honorable Jesus G. Bernal presiding, Defendants Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Hospitals (collectively, "Kaiser") will and hereby do move for an order: (1) declaring plaintiffs Stephan Dean and Liza Dean, individually and doing business as SureFile Filing Systems ("Plaintiffs") vexatious litigants; and (2) imposing pre-filing conditions on them.

This motion is based on this Notice, the accompanying Memorandum of Points and Authorities, the declaration of John F. Burns, all pleadings, papers and other documentary materials in the Court's file for this action, those matters of which this Court may or must take judicial notice, and such other matters as this Court may consider in connection with the hearing on this matter.

This motion is made following the conference of counsel pursuant to L.R. 7-3 that took place on October 22, 2025.

Respectfully submitted,

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

Dated: November 5, 2025

By /s/ *John Burns*
Jill Pietrini
Paul Bost
John Burns
Attorneys for Defendants
Kaiser Foundation Health Plan, Inc. and
Kaiser Foundation Hospitals

-1-

SMRH:4902-7505-3175.1