# EXHIBIT X

# EXHIBIT X

| | |
|---|---|
| **From:** | Jack Burns |
| **To:** | "Stephan Dean" |
| **Cc:** | Jill Pietrini; Paul Bost |
| **Subject:** | RE: Representation |
| **Date:** | Thursday, July 6, 2023 12:09:28 PM |

Mr. Dean,

We represent Kaiser and will continue to represent Kaiser. You do not need to keep asking that question.

We have received your emails, your appeal documents, and the court's orders. We are reviewing them and preparing to respond to your appeal. We will reach out if needed.

Thanks,

Jack F. Burns
+1 619-338-6588 | direct
JBurns@sheppardmullin.com | http://www.sheppardmullin.com/jburns

SheppardMullin
501 West Broadway, 19th Floor
San Diego, CA 92101-3598
+1 619-338-6500 | main
www.sheppardmullin.com | LinkedIn.Com/Company/Sheppard-Mullin-Richter-&-Hampton-LLP/ | Twitter.Com/SheppardMullin


-----Original Message-----
From: Stephan Dean <Surefile@msn.com>
Sent: Thursday, July 6, 2023 10:51 AM
To: Jack Burns <JBurns@sheppardmullin.com>; Jill Pietrini <JPietrini@sheppardmullin.com>; Paul Bost <PBost@sheppardmullin.com>
Subject: Representation

Me, Burns.

Is your firm still representing Kaiser? The Deans agreed to not contact Kaiser patients or start up a website for information purposes. This was agreed so the parties could resolve the matter.

I have reached out to your office numerous times with no response. Please advise is your firm still representing Kaiser and is it also the agent for SCPMG?

Thank You
Stephan Dean
323 314 9692

Sent from my iPhone

| | |
|---|---|
| **From:** | Jack Burns |
| **To:** | "My InfoStephan Dean" |
| **Cc:** | Jill Pietrini; Paul Bost |
| **Subject:** | RE: REFILING IN STATE COURT |
| **Date:** | Thursday, April 11, 2024 5:22:15 PM |

Mr. Dean,

You are incorrect. I specifically told you that any new lawsuit would be meritless, particularly after the Ninth Circuit's ruling. I have also repeatedly told you that we represent Kaiser. There is no legitimate reason for you to continue to ask that same question over and over. We do not have authority to accept service of your lawsuit, and there is nothing further for us to speak about. We are not receptive to your continued attempts to extract money out of Kaiser. You shouldn't file your new lawsuit at all, but if you do, we will again oppose it.


**Jack F. Burns**
+1 619-338-6588 | direct
JBurns@sheppardmullin.com | Bio

**SheppardMullin**

501 West Broadway, 19th Floor
San Diego, CA 92101-3598
+1 619-338-6500 | main
www.sheppardmullin.com | LinkedIn | Twitter

---

**From:** My InfoStephan Dean <surefile@msn.com>
**Sent:** Thursday, April 11, 2024 3:04 PM
**To:** Jack Burns <JBurns@sheppardmullin.com>; Jill Pietrini <JPietrini@sheppardmullin.com>; Paul Bost <PBost@sheppardmullin.com>
**Subject:** REFILING IN STATE COURT

Mr. Burns,

The Deans have heard nothing from your firm about the new complaint being filed. If we hear nothing from your firm by 5 pm today, we will contact Kaiser directly to confirm service and who represents them.

If your firm is stilll represeting Kaiser please setup a time so we can speak. It maybe we can avoid some motion practice by agreeing on which court the Deans will file in.

Thank You
Stephan Dean
323 314 9692

Page 4 of 5

| | |
|---|---|
| **From:** | Jack Burns |
| **To:** | "My InfoStephan Dean" |
| **Cc:** | Jill Pietrini; Paul Bost |
| **Subject:** | RE: Kaiser representation |
| **Date:** | Wednesday, May 29, 2024 11:40:52 AM |

Mr. Dean,

==Yes, as I have told you at least four times in the past two months, we still represent Kaiser.  You don't need to continue to ask that same question.  The answer remains the same==.

I am available to meet and confer today between 2 and 4 pm.  We would also like to meet and confer on Kaiser's (1) motion to dismiss; (2) motion to strike under California anti-SLAPP law; (3) motion for attorney's fees under California anti-SLAPP law; (4) motion to declare plaintiffs vexatious litigants; (5) notice of removal; and (6) motion for post-judgment examinations/discovery in the prior case before Judge Scarsi.  We can meet and confer on those motions during the same phone call.

Thanks,

**Jack F. Burns**
+1 619-338-6588 | direct
JBurns@sheppardmullin.com | Bio

**SheppardMullin**

501 West Broadway, 19th Floor
San Diego,  CA 92101-3598
+1 619-338-6500 | main
www.sheppardmullin.com | LinkedIn | Twitter

---

**From:** My InfoStephan Dean <surefile@msn.com>
**Sent:** Wednesday, May 29, 2024 11:15 AM
**To:** Jack Burns <JBurns@sheppardmullin.com>; Jill Pietrini <JPietrini@sheppardmullin.com>; Paul Bost <PBost@sheppardmullin.com>
**Subject:** Kaiser representation

Mr. Burns,

Is your firm representing Kaiser regarding the complaint the Deans served on them on 5/23?  If so, can we set up a meet and confer regarding a summary judgement motion, we intend to file.

Stephan Dean
323 314 9692