SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
JILL PIETRINI, Cal. Bar No. 138335
PAUL BOST, Cal. Bar No. 261531
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067
Telephone: 310.228.3700
Facsimile: 310.228.3701
Email      JPietrini@sheppardmullin.com
             PBost@sheppardmullin.com
JOHN F. BURNS, Cal. Bar No. 290523
501 West Broadway, 19th Floor
San Diego, CA 92101
Telephone: 619.338.6588
Facsimile: 619.515.4182
Email:     JBurns@sheppardmullin.com

Attorneys for Defendants Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Hospitals

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| Stephan Dean and Liza Dean, Individually and DBA SureFile Filing Systems,<br><br>        Plaintiffs,<br><br>   v.<br><br>Kaiser Foundation Health Plan, Inc., Kaiser Foundation Hospitals, and Does 1-50 Inclusive,<br><br>        Defendants. | Case No. 5:25-cv-02938-JGB-DTB<br><br>Hon. Jesus G. Bernal<br><br>**STIPULATION REGARDING HEARING DATE FOR PENDING MOTIONS**<br><br>*[Filed concurrently with [Proposed] Order]* |

THIS STIPULATION is hereby entered into by and between Plaintiffs Stephan Dean and Liza Dean, individually and doing business as SureFile Filing Systems ("Plaintiffs"), and Defendants Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Hospitals ("Defendants").

WHEREAS, Defendants filed a motion (1) to dismiss, (2) to strike under California Code of Civil Proc. § 425.16, and (3) for attorney's fees, which is currently noticed for hearing on December 1, 2025.  (*See* Dkt. Nos. 6 and 14.)

WHEREAS, Defendants filed a motion for an order: (1) declaring plaintiffs vexatious litigants; and (2) imposing pre-filing conditions, which is currently noticed for hearing on December 8, 2025.  (*See* Dkt. No. 15.)

WHEREAS, Plaintiffs state they have filed a motion (1) to remand and (2) for reconsideration.  This motion does not have a hearing date and is not presently on the Court's CM/ECF system.

WHEREAS, Plaintiffs requested that all of the above motions be scheduled for a consolidated hearing on December 8, 2025 and Defendants agree to this request.

THEREFORE, subject to the Court's approval and pursuant to the foregoing stipulation, Plaintiffs and Defendants hereby jointly request that the Court order the hearing on the three-above referenced motions be set for hearing on December 8, 2025 at 9:00 a.m. in Courtroom 1 of the George E. Brown, Jr. Federal Building and United States Courthouse, 3470 Twelfth Street Riverside, California 92501, such that any oppositions to the motions shall be due on or before November 17, 2025 and that any replies shall be due on or before November 24, 2025.

IT IS SO STIPULATED.

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

Dated: November 5, 2025   By   */s/ John F. Burns*
Jill Pietrini
Paul Bost
John F. Burns

Attorneys for Defendants Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Hospitals

Dated: November 5, 2025   By   */s/ Stephan Dean*
Stephan Dean

Plaintiff on behalf of himself and SureFile Filing Systems

Dated: November 5, 2025   By   */s/ Liza Dean*
Liza Dean

Plaintiff on behalf of herself and SureFile Filing Systems

**SIGNATURE CERTIFICATION**

Pursuant to Local Rule 5-4.3.4 I hereby certify that the content of this document is acceptable to the Parties, and that I have obtained authorization to affix electronic signatures to this document.

By  */s/ John F. Burns*

John F. Burns

Attorneys for Defendants Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Hospitals