Stephan C. Dean and Liza D. Dean
DBA Surefile Filing Systems
37187 Bankside Dr. #2
Cathedral City, CA 92234
323-314-9692
surefile@msn.com

FILED
'25 OCT 28 PM 3:0.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

5:25-CV-02938-JGB-DTBx

Case No. 25-10142

STEPHAN DEAN and LIZA DEAN, individually known and DBA SUREFILE FILING SYTEMS,

Plaintiff(s),

vs.

KAISER FOUNDATION HEALTH PLAN, INC., KAISER FOUNDATION HOSPITALS, and Does 1-50 Inclusive

Defendant(s).

Removed from Riverside Superior Court, Case No. CVPS2507250

Plaintiffs Stephan C. Dean and Liza D. Dean DBA Surefile filing Systems

NOTICE OF MOTION TO REMAND 28USC 1447 (c)

NOTICE OF MOTION FOR RECONSIDERATION FRCP 60 b (4)

FILED CONCURRENTLY WITH PLAINTIFFS MOTION TO REMAND AND MOTION FOR CONSIDERATION ORDER GRANTING PLAINTIFFS MOTIONS.

Please take note that under 28USC 1447 plaintiffs Stephan C. Dean and Liza D. Dean DBA Surefile Filing Systems (collectively Dean) move for remand based on 28 USC 1447 and move for reconsideration under FRCP 60B b(4). parties inet and confered 7-3 on 10/23

11/28/25 [signature]

11/28/25 [signature]
In Pro Per

- 1 -
INSERT DOCUMENT TITLE (e.g., MOTION TO STRIKE)