# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Stephan D. Dean et al | **CASE NUMBER** |
| | 5:25-cv-02938-JGB-DTBx |
| v.                                    PLAINTIFF(S) | |
| Kaiser Foundation Health Plan, Inc. et al | **ORDER TO REASSIGN CASE** |
| | **(Identical Civil Cases)** |
| DEFENDANT(S). | |

On 02/14/2022 _____, Civil Case No. 5:22-cv-00278-MCS-kk _____ was filed and assigned to Judge Mark C. Scarsi _____.

Pursuant to this Court's General Order in the Matter of Assignment of Cases and Duties to District Judges, when a newly filed civil case is identified as identical to a previously filed civil case, pending or closed, the newly filed case shall be transferred to the judge assigned to the previously filed case.

Therefore, IT IS ORDERED that:

☑ the above-entitled case be transferred to the calendar of Judge Judge Mark C. Scarsi _____ for all further proceedings.

☐ the above-entitled case having been randomly assigned to Judge _____, the Clerk shall reassign the Magistrate Judge assigned to hear any discovery matters that are or may be referred.

November 13, 2025 _____         Mark C. Scarsi     *Mark C. Scarsi*
Date                                                Chair, Case Management & Assignment Committee

---

## Notice to Counsel from the Clerk

Any discovery matters that are or may be referred to a Magistrate Judge are hereby referred to Magistrate Judge David T. Bristow _____.

On all documents subsequently filed in this case, please substitute the initials MCS-DTBx after the case number in place of the initials of the prior judge so that the case number will read 5:25-cv-02938-MCS-DTBx. This is very important because documents are routed to the assigned judge by means of the initials.

*cc:* ☑ *Previous Judge*   ☐ *Statistics Clerk*

CV-81 (06/23)                         ORDER TO REASSIGN CASE (Identical Civil Cases)