**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**255 EAST TEMPLE STREET, ROOM 180**
**LOS ANGELES, CALIFORNIA 90012**

**OFFICIAL BUSINESS**

5:25cv2938-mcs

DOC 27, 28

RECEIVED
CLERK U.S. DISTRICT COURT
DEC -1 2025
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

FILED
CLERK U.S. DISTRICT COURT
DEC -1 2025
CENTRAL DISTRICT OF CALIFORNIA
BY             DEPUTY

Superior Court of California

County of Riverside

3255 Tahquitz Way

Palm Springs, CA  92262