

**United States District Court**
Central District of California
**Office of the Clerk**

**Natasha Alexander-Mingo**
Chief Probation & Pretrial Services Officer
255 East Temple Street, Suite 1410
Los Angeles, CA 90012-1565

**Benjamin Medina**
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

**Brian D. Karth**
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

**Maya Roy**
Chief Deputy of Operations
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

December 30, 2025

RIVERSIDE COUNTY SUPERIOR COURT
3255 E. TAHQUITZ CANYON WAY
PALM SPRINGS, CA 92262

Re: Case Number: _____5:25–cv–02938–MCS–DTB_____
Previously Superior Court Case No. _____CVPS 2507250_____
Case Name: _____Stephan D. Dean et al v. Kaiser Foundation Health Plan, Inc. et al_____

Dear Sir/Madam:

Pursuant to this Court's ORDER OF REMAND issued on _____11/18/2025 (RESENT 12/30/2025)_____, the above–referenced case is hereby remanded to your jurisdiction.

Attached is a certified copy of the ORDER OF REMAND and a copy of the docket sheet from this Court.

Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to the location shown below. Thank you for your cooperation.

United States Courthouse
255 East Temple Street, Suite TS134
Los Angeles, CA 90012

Respectfully,

Clerk, U.S. District Court

By: _/s/ Linda Chai_
Deputy Clerk
Linda_Chai@cacd.uscourts.gov

*Encls.*
*cc: Counsel of record*

---

Receipt is acknowledged of the documents described above.

Clerk, Superior Court

_____     By: _____
Date                                                    Deputy Clerk

G–17 (06/24)   LETTER OF TRANSMITTAL – REMAND TO SUPERIOR COURT